# United States Bankruptcy Court
## District of Colorado

In re: **Gunnison Valley Properties LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 28, 2024**

/s/ Byron R. Chrisman
Byron R. Chrisman/Manager
Signer/Title

```
Benjamin Monarch
JVAM
315 W Main Street
Buena Vista, CO 81211


Betsy Ferguson Trust
103 Regal Ridge
Aledo, TX 76008


Biomedical Ventures, LLC
100 Saint Paul Street Suite 700
Denver, CO 80206


BMC Properties, LLC
864 W South Boulder Road Suite 200
Louisville, CO 80027


Bruce E Rohde
Campbell Killin Brittan & Ray LLC
270 St. Paul Street Suite 200
Denver, CO 80206


Byron R Chrisman
6909 S Eaton Street
Littleton, CO 80128


Cody W Wilson
Babcock Scott Babcock PC
370 E South Temple 4th Floor
Salt Lake City, UT 84111


Colorado Department of Revenue
Banrkuptcy Unit, Room 104
1881 Pierce St
Denver, CO 80214-1407


Crystall Peterson
10018 Silver Maple Circle
Highlands Ranch, CO 80129
```

DDC, LLC dba Dietrich Dirtworks, LLC
20143 State Highway 135
Crested Butte, CO 81224


Estate of Pasquale Varra
c/o Denny Compton PR
12190 County Road 17
Longmont, CO 80504


Five Four Company
12761 Fischer Street
Englewood, CO 80112


Gallagher
PO Box 742205
Los Angeles, CA 90074


Garland & Carolyn Cox
Family Revocable Trust
1647 Prairie Falcon Lane
Broomfield, CO 80020


Garth A. & Crystall Petersen
10018 Silver Maple Circle
Highlands Ranch, CO 80129


Gunnison County Abstract Company
504 North Main
Gunnison, CO 81230


Gunnison County Treasurer's Office
221 N Wisconsin St STE T
Gunnison, CO 81230


Henry Don Lightenburger Trust
c/o Kerry Lightenburger
1255 Meadow Ave
Boulder, CO 80304

Hilary Ann Peterson
11163 W 163rd Place
Overland Park, KS 66062


Hoskin Farina & Kampf
234 N Main Street Suite 3A
Gunnison, CO 81230


I-Bar, Inc.
414 North Pine Street
Gunnison, CO 81230


Independent Bank
PO Box 3035
McKinney, TX 75070


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19107-7346


Isabelle Estates, Inc.
864 W South Boulder Road Suite 200
Louisville, CO 80027


John Casey Martin
Johnston Van Arsdale Martin PLLC
315 W Main Street
Buena Vista, CO 81211


Kate L McDonald
McConaughy Sarkissan PC
4725 S Monaco St Ste 200
Denver, CO 80237


Kimberly L Koehler
Wilson Elser Moskowitz Edelman Dicker LL
1225 17th St Ste 1700
Denver, CO 80202

L. Richard Bratton
PO Box 856
Gunnison, CO 81230


Linda J. Bynum Trust
716 Pear Tree Lane
Moab, UT 84532


Marvin B. Woolf
c/o Hannah Huse as PR
2190 Linden Avenue
Boulder, CO 80304


Michael Mirabella
Campbell Killin Brittan & Ray LLC
270 St Paul Street Suite 200
Denver, CO 80206


Nathaniel Rioux Jordan
McConsaughy Sarkissian PC
4725 S Monaco St Ste 200
Denver, CO 80237


Ronald R. Welborn
11701 South Freeway
Burleson, TX 76028


Ryan A Williams
Wilson Elser Moskowitz Edelman Dicker LL
1225 17th St Ste 1700
Denver, CO 80202


S Carlene Chrisman Trust
6909 S Eaton Street
Littleton, CO 80128


Sara L. Bradbury
PO Box 856
Gunnison, CO 81230

SDC 48 Gunnison LLC
3601 Springhill Business Park
Mobile, AL 36608


Spallone Construction, Inc.
449 CR 818
Gunnison, CO 81230


Tamir Goldstein
Sherman Howard LLC
675 15th St Ste 2300
Denver, CO 80202


The Byron R Chrisman Trust
6909 S Eaton St
Littleton, CO 80128


Tomichi Materials
864 W South Boulder Rd Ste 200
Louisville, CO 80027


Wesco Distribution, Inc.
11198 E 45th Ave Suite 150
Denver, CO 80239