Fill in this information to identify the case:

Debtor name: **Gunnison Valley Properties LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **24-15052-JGR**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Betsy Ferguson Trust<br>103 Regal Ridge<br>Aledo, TX 76008 | | | | | | $75,000.00 |
| Garth A. & Crystall Petersen<br>10018 Silver Maple Circle<br>Highlands Ranch, CO 80129 | | | | | | $100,000.00 |
| Ronald R. Welborn<br>11701 South Freeway<br>Burleson, TX 76028 | | Separation Agreement | | | | $375,000.00 |
| Sara L. Bradbury<br>PO Box 856<br>Gunnison, CO 81230 | | | | | | $475,000.00 |
| SDC 48 Gunnison LLC<br>3601 Springhill Business Park<br>Mobile, AL 36608 | | Promissory Note dated 2/20/24 | | | | $548,277.00 |
| Tomichi Materials<br>864 W South Boulder Rd Ste 200<br>Louisville, CO 80027 | | | | | | $1,141,000.00 |