## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 24-15052-JGR |
| | ) | |
| Gunnison Valley Properties LLC | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of interested party, Dietrich Dirtworks and Construction, LLC. in the above-captioned case, and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013 of the Local Rules of Bankruptcy Procedure, be served upon the following:

> Robert D. Lantz
> Lantz Law Group
> 1123 Auraria Parkway Suite. 100
> Denver, CO 80204

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted this 29th day of August 2024.

**LANTZ LAW GROUP**

*/s/ Robert D. Lantz*
Robert D. Lantz, # 30825
1123 Auraria Parkway Suite. 100
Denver, CO 80204
T: 303-949-0317
E: rlantz@lantzlawgrou.com
*Counsel for Deitrich Dirtworks and Construction LLC.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on <u>August 29, 2024</u>, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was e-served via CM/ECF to all active parties of record:

Andrew D. Johnson
Onsager Fletcher Johnson LLC
600 17th Street Suite.425N
Denver, CO 80202
Phone: 720-457-7061
Email: ajohnson@OFJlaw.com


Paul Moss
Bryon G. Rogers Federal Building
1961 Stout St.
Denver, CO 80294
Phone: 303-312-7995
Email: Paul.Moss@usdoj.gov

                                              */s/ Angela R. Martinez*
                                              Angela R. Martinez, Paralegal