United States Bankruptcy Court
District of Colorado

In re:  Case No. 24-15052-JGR
Gunnison Valley Properties LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 3
Date Rcvd: Aug 29, 2024     Form ID: 309F1     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gunnison Valley Properties LLC, 864 West South Boulder Road Suite 200, Louisville, CO 80027-2410 |
| aty | + | Gabrielle Palmer, Onsager Fletcher Johnson LLC, 600 17th Street, Suite 425n, Denver, CO 80202-5418 |
| aty | + | Joli A. Lofstedt, Onsager Fletcher Johnson LLC, 600 17th Street, Suite 425n, Denver, CO 80202-5418 |
| aty | + | Peter A. Cal, Sherman Howard LLC, 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| cr | + | Biomedical Ventures, LLC, c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19685011 | + | BMC Properties, LLC, 864 W South Boulder Road Suite 200, Louisville, CO 80027-2410 |
| 19685008 | + | Benjamin Monarch, JVAM, 315 W Main Street, Buena Vista, CO 81211-8125 |
| 19685009 | + | Betsy Ferguson Trust, 103 Regal Ridge, Aledo, TX 76008-6923 |
| 19685010 | + | Biomedical Ventures, LLC, 100 Saint Paul Street Suite 700, Denver, CO 80206-5143 |
| 19685012 | + | Bruce E Rohde, Campbell Killin Brittan & Ray LLC, 270 St. Paul Street Suite 200, Denver, CO 80206-5133 |
| 19685013 | + | Byron R Chrisman, 6909 S Eaton Street, Littleton, CO 80128-6879 |
| 19685014 | + | Cody W Wilson, Babcock Scott Babcock PC, 370 E South Temple 4th Floor, Salt Lake City, UT 84111-1206 |
| 19685016 | + | Crystall Peterson, 10018 Silver Maple Circle, Highlands Ranch, CO 80129-5400 |
| 19685017 | + | DDC, LLC dba Dietrich Dirtworks, LLC, 20143 State Highway 135, Crested Butte, CO 81224-9637 |
| 19685018 | + | Estate of Pasquale Varra, c/o Denny Compton PR, 12190 County Road 17, Longmont, CO 80504-9563 |
| 19685019 | + | Five Four Company, 12761 Fischer Street, Englewood, CO 80112-5058 |
| 19685020 | + | Gallagher, PO Box 742205, Los Angeles, CA 90074-2205 |
| 19685021 | #+ | Garland & Carolyn Cox, Family Revocable Trust, 1647 Prairie Falcon Lane, Broomfield, CO 80020-1288 |
| 19685022 | + | Garth A. & Crystall Petersen, 10018 Silver Maple Circle, Highlands Ranch, CO 80129-5400 |
| 19685023 | + | Gunnison County Abstract Company, 504 North Main, Gunnison, CO 81230-2408 |
| 19685024 | + | Gunnison County Treasurer's Office, 221 N Wisconsin St STE T, Gunnison, CO 81230-2433 |
| 19685025 | + | Henry Don Lightenburger Trust, c/o Kerry Lightenburger, 1255 Meadow Ave, Boulder, CO 80304-1504 |
| 19685026 | + | Hilary Ann Peterson, 11163 W 163rd Place, Overland Park, KS 66221-3524 |
| 19685027 | + | Hoskin Farina & Kampf, 234 N Main Street Suite 3A, Gunnison, CO 81230-2434 |
| 19685028 | + | I-Bar, Inc., 414 North Pine Street, Gunnison, CO 81230-2614 |
| 19685029 | + | Independent Bank, PO Box 3035, McKinney, TX 75070-8181 |
| 19685031 | + | Isabelle Estates, Inc., 864 W South Boulder Road Suite 200, Louisville, CO 80027-2410 |
| 19685032 | + | John Casey Martin, Johnston Van Arsdale Martin PLLC, 315 W Main Street, Buena Vista, CO 81211-8125 |
| 19685033 | + | Kate L McDonald, McConaughy Sarkissan PC, 4725 S Monaco St Ste 200, Denver, CO 80237-3468 |
| 19685034 | + | Kimberly L Koehler, Wilson Elser Moskowitz Edelman Dicker LL, 1225 17th St Ste 1700, Denver, CO 80202-5503 |
| 19685035 | + | L. Richard Bratton, PO Box 856, Gunnison, CO 81230-0856 |
| 19685036 | + | Linda J. Bynum Trust, 716 Pear Tree Lane, Moab, UT 84532-3032 |
| 19685037 | + | Marvin B. Woolf, c/o Hannah Huse as PR, 2190 Linden Avenue, Boulder, CO 80304-1615 |
| 19685038 | + | Michael Mirabella, Campbell Killin Brittan & Ray LLC, 270 St Paul Street Suite 200, Denver, CO 80206-5133 |
| 19685039 | + | Nathaniel Rioux Jordan, McConsaughy Sarkissian PC, 4725 S Monaco St Ste 200, Denver, CO 80237-3468 |
| 19685040 | + | Ronald R. Welborn, 11701 South Freeway, Burleson, TX 76028-7023 |
| 19685041 | + | Ryan A Williams, Wilson Elser Moskowitz Edelman Dicker LL, 1225 17th St Ste 1700, Denver, CO 80202-5503 |
| 19685042 | + | S Carlene Chrisman Trust, 6909 S Eaton Street, Littleton, CO 80128-6879 |
| 19685044 | + | SDC 48 Gunnison LLC, 3601 Springhill Business Park, Mobile, AL 36608-1256 |
| 19685043 | + | Sara L. Bradbury, PO Box 856, Gunnison, CO 81230-0856 |
| 19685045 | | Spallone Construction, Inc., 449 CR 818, Gunnison, CO 81230 |
| 19685046 | + | Tamir Goldstein, Sherman Howard LLC, 675 15th St Ste 2300, Denver, CO 80202-4258 |
| 19685047 | + | The Byron R Chrisman Trust, 6909 S Eaton St, Littleton, CO 80128-6879 |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 309F1 | Total Noticed: 51 |

| | | |
|---|---|---|
| 19685048 | + | Tomichi Materials, 864 W South Boulder Rd Ste 200, Louisville, CO 80027-2410 |
| 19685049 | + | Wesco Distribution, Inc., 11198 E 45th Ave Suite 150, Denver, CO 80239-3021 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ajohnson@OFJlaw.com | Aug 29 2024 22:19:00 | Andrew D. Johnson, Onsager Fletcher Johnson LLC, 600 17th Street, Suite 425n, Denver, CO 80202 |
| 19685351 | + | EDI: CODEPREV.COM | Aug 30 2024 02:15:00 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood CO 80214-1407 |
| 19685015 | | EDI: CODEPREV.COM | Aug 30 2024 02:15:00 | Colorado Department of Revenue, Banrkuptcy Unit, Room 104, 1881 Pierce St, Denver, CO 80214-1407 |
| 19685352 | | EDI: IRS.COM | Aug 30 2024 02:15:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 19685353 | ^ | MEBN | Aug 29 2024 22:10:26 | Securities and Exchange Commission, Central Regional Office, 1961 Stout St., Ste. 1700, Denver CO 80294-1700 |
| 19685354 | + | Email/Text: bankruptcynoticeschr@sec.gov | Aug 29 2024 22:19:00 | Securities and Exchange Commission, Midwest Regional Office, 175 W. Jackson Blvd., Ste. 900, Chicago IL 60604-2815 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19685030 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 31, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew D. Johnson | |
| | on behalf of Debtor Gunnison Valley Properties LLC ajohnson@OFJlaw.com ajohnson@ecf.courtdrive.com;bmoss@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 29, 2024 | Form ID: 309F1 | Total Noticed: 51 |

Gabrielle Palmer
    on behalf of Debtor Gunnison Valley Properties LLC gpalmer@ofjlaw.com
    gpalmer@ecf.courtdrive.com;bmoss@ecf.courtdrive.com;bcomstock@ecf.courtdrive.com

Joli A. Lofstedt
    on behalf of Debtor Gunnison Valley Properties LLC joli@ofjlaw.com bmoss@ecf.courtdrive.com;brenda@jaltrustee.com

Paul Moss
    on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Peter A. Cal
    on behalf of Creditor Biomedical Ventures  LLC pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor: **Gunnison Valley Properties LLC** (Name) | EIN: 45–3189891 | |
| United States Bankruptcy Court   District of Colorado | Date case filed for chapter: 11   8/28/24 | |
| Case number: 24–15052–JGR | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtor's full name | Gunnison Valley Properties LLC | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 864 West South Boulder Road Suite 200<br>Louisville, CO 80027 | |
| 4. | Debtor's attorney<br>Name and address | Andrew D. Johnson<br>Onsager Fletcher Johnson LLC<br>600 17th Street<br>Suite 425n<br>Denver, CO 80202 | Contact phone 720–457–7061<br><br>Email: ajohnson@OFJlaw.com |
| 5. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open:<br>8:00am – 5:00pm Monday–Friday<br><br>Contact phone 720–904–7300<br><br>Date: 8/29/24 |
| 6. | Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | October 2, 2024 at 01:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Meeting of Creditors, Please call five minutes in advance, Conference Number – 888–497–4718, Passcode – 6026644** |

**For more information, see page 2 >**

Debtor   **Gunnison Valley Properties LLC**                                                        Case number **24–15052–JGR**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** |
|---|---|
| | **For a governmental unit:**                        2/24/25 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:**                     12/2/24 |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |