United States Bankruptcy Court
District of Colorado

In re: Case No. 24-15052-JGR
Gunnison Valley Properties LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2
Date Rcvd: Aug 29, 2024      Form ID: pdf906      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + Gunnison Valley Properties LLC, 864 West South Boulder Road Suite 200, Louisville, CO 80027-2410

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

**Name**     **Email Address**

Andrew D. Johnson
    on behalf of Debtor Gunnison Valley Properties LLC ajohnson@OFJlaw.com ajohnson@ecf.courtdrive.com;bmoss@ecf.courtdrive.com

Gabrielle Palmer
    on behalf of Debtor Gunnison Valley Properties LLC gpalmer@ofjlaw.com gpalmer@ecf.courtdrive.com;bmoss@ecf.courtdrive.com;bcomstock@ecf.courtdrive.com

Joli A. Lofstedt
    on behalf of Debtor Gunnison Valley Properties LLC joli@ofjlaw.com bmoss@ecf.courtdrive.com;brenda@jaltrustee.com

Paul Moss
    on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Aug 29, 2024 Form ID: pdf906 Total Noticed: 1
TOTAL: 5

United States Bankruptcy Court
For the District of Colorado

In re:  )
Gunnison Valley Properties LLC  )   Bankruptcy Case No. 24-15052-JGR
 )   Chapter 11
 )
Debtor(s).  )

# NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Wednesday, September 11, 2024:**

- Statement of Financial Affairs
- Summary of Assets and Liabilities
- All Schedules: A/B, D, E/F, G, H
- Declaration Under Penalty of Perjury for Non-Individual Debtors Official Form 202
- List of Equity Security Holders
- Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 8/29/2024                    Kenneth S. Gardner, Clerk
                                   U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
   Call: 720-904-7300
   Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.