**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gunnison Valley Properties LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **24-15052-JGR** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

   | | | | |
   |---|---|---|---|
   | 3.1. **BMO** | Checking | | **$887.05** |
   | 3.2. **Bank of Oklahoma** | Money Market | | **$1,319.72** |
   | 3.3. **Bank of Oklahoma** | Checking | | **$68,060.16** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                           **$70,266.93**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable
10. **Does the debtor have any accounts receivable?**

Debtor **Gunnison Valley Properties LLC**     Case number *(If known)* **24-15052-JGR**
     Name

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **13,425.70**   -   **0.00**   = ....    **$13,425.70**
                                      face amount           doubtful or uncollectible accounts

12. **Total of Part 3.**                                                               **$13,425.70**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                                        % of ownership

    15.1.   **Tomichi Materials, LLC**                **94.73684** %                               **Unknown**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                              **$0.00**

    Add lines 14 through 16. Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 2

Debtor **Gunnison Valley Properties LLC**  Case number *(If known)* **24-15052-JGR**
Name

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Various parcels of real estate. See attached.** | | $0.00 | | $84,824,871.00 |

56. **Total of Part 9.** $84,824,871.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ■ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ■ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**gunnisonrising.com** | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Debtor **Gunnison Valley Properties LLC**  
Name

Case number *(If known)* **24-15052-JGR**

66. **Total of Part 10.** $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **Richard Bratton** — 225,000.00 Total face amount − 0.00 doubtful or uncollectible amount = $225,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Conduit, cable, and other materials for primary power feeds. Current value is approximate.** $2,000,000.00

78. **Total of Part 11.** $2,225,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Gunnison Valley Properties LLC**    Case number *(If known)* **24-15052-JGR**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $70,266.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,425.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........>* | | $84,824,871.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,225,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,308,692.63 | + 91b. $84,824,871.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92    **$87,133,563.63**

,                                                                                                                                         Actual Value **$4,210**
  Account #  R002469
  Parcel #  378900000072
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  10.4 ACRES IN SECTION 6, TOWNSHIP 49N, RANGE 1E

,                                                                                                                                        Actual Value **$16,270**
  Account #  R071005
  Parcel #  369900008001
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  TRACT A, GUNNISON RISING SUBDIVISION

, GUNNISON                                                                                                                               Actual Value **$46,360**
  Account #  R071006
  Parcel #  369900000133
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  388.519 ACRES IN SECTIONS 30 & 31, TOWNSHIP 50N, RANGE 1E

**COLLEGE AVE , GUNNISON**                                                                                                               Actual Value **$2,100**
  Account #  R071037
  Parcel #  370136003004
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  5.2 ACRES IN TRACT B, WILSON SUBDIVISION

,                                                                                                                                        Actual Value **$6,700**
  Account #  R072104
  Parcel #  378701000070
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  16.54 ACRES IN SECTION1, TOWNSHIP 49N, RANGE 1W

**2400 E NEW YORK AVE , GUNNISON**                                                                                                       Actual Value **$892,440**
  Account #  R073733
  Parcel #  378900000079
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  LOT 2, GOVERNMENT CAMPUS SUBDIVISION

**2700 E NEW YORK AVE , GUNNISON**                                                                                                       Actual Value **$913,940**
  Account #  R073738
  Parcel #  378900000084
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  LOT 7, GOVERNMENT CAMPUS SUBDIVISION

**COUNTY ROAD 49 , GUNNISON**                                                                                                            Actual Value **$11,880**
  Account #  R073739
  Parcel #  378900000085
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  PARCEL A, GOVERNMENT CAMPUS SUBDIVISION

**850 COUNTY ROAD 49 , GUNNISON**                                                                                                        Actual Value **$111,940**
  Account #  R073740
  Parcel #  378900000086
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  PARCEL B, GOVERNMENT CAMPUS SUBDIVISION

**2501 E NEW YORK AVE , GUNNISON**                                                                                                       Actual Value **$756,110**
  Account #  R073900
  Parcel #  378900000089
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  LOT 5, GOVERNMENT CAMPUS SUBDIVISION

**2701 E NEW YORK AVE , GUNNISON**                                                                                                       Actual Value **$951,380**
  Account #  R073901
  Parcel #  378900000090
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  LOT 6, GOVERNMENT CAMPUS SUBDIVISION

**43110 US HIGHWAY 50 , TOMICHI CREEK**                                                                                                  Actual Value **$396,950**
  Account #  R074141
  Parcel #  378900000092
  Owners  GUNNISON VALLEY PROPERTIES LLC C/O BYRON CHRISMAN
  Legal  86.153 ACRES IN SECTIONS 4 & 5, TOWNSHIP 49N, RANGE 1E



Data last updated: 09/06/2024

EXHIBIT A

Parcel No. 1:

Township 49 North, Range 1 East, N.M.P.M.

A tract of land consisting of the S1/2N1/2 of Section 5, the S1/2NE1/4 of Section 6, and all that part of Lot 1, Lot 2, Lot 3 and Lot 4, in Section 5, and of Lot 1, Lot 2 and Lot 3 in Section 6 lying South of the southerly most right of way line of U.S. Highway No. 50, said tract being more particularly described as follows:

Beginning at a point on the West line of said Section 5 and on the South line of said U.S. Highway No. 50, from whence the Northwest corner of said Section 5 bears North 50.1 feet (from the section corner the brass cap witness corner is located North 0º25' East 50.16 feet). Thence East along the South right of way line of said Highway No. 50, a distance of 2,573.9 feet; thence North 89º39' East, along said Highway, a distance of 117.8 feet; thence along said Highway along the arc of a curve to the right having a radius of 1,382.5 feet a distance of 632.1 feet (the chord of this arc bears South 76º54' East a distance of 626.7 feet); thence along said highway along the arc of a curve to the left having a radius of 1,005.0 feet, a distance of 738.5 feet (the chord of this arc bears South 84º51'30" East a distance of 722.3 feet; thence along said Highway along the arc of a curve to the left having a radius of 1,980.0 feet a distance of 147.9 feet (the chord of this arc bears North 83º07'30" East a distance of 147.9 feet); thence along said Highway North 78º59'30" East a distance of 203.7 feet; thence along said Highway North 71º20' East a distance of 172.7 feet; thence along said Highway North 77º59' East a distance of 161.2 feet; thence along said Highway along the arc of a curve to the right having a radius of 5,680.0 feet, a distance of 597.2 feet (the chord of this arc bears North 80º59'30" East a distance of 597.0 feet) to a point on the East line of Section 5; thence Southerly along the East line of said Section 5 to the East-West centerline of said Section 5; thence Westerly along said centerline and along the centerline of said Section 6 to the North-South centerline of said Section 6; thence Northerly along said centerline to the Southeast corner of said Lot 3 of Section 6; thence Westerly along the South line of said Lot 3 to the Southwest corner of said Lot 3; thence Northerly along the West line of said Lot 3 to the Southerly line of said U.S. Highway No. 50; thence Easterly along said Highway line to the point of beginning.

EXCEPTING THEREFROM the E1/2NW1/4NE1/4 and the W1/2NE1/4NE1/4 of said Section 5;

FURTHER EXCEPTING THEREFROM that portion of the above described property which lies within the property in Rule and Order to the Board of County Commissioners, Gunnison County recorded May 29, 2002 as Reception No. 520716;

AND FURTHER EXCEPTING THEREFROM that property deeded to the United States of America in Warranty Deed recorded July 14, 2005 as Reception No. 555705;

AND FURTHER EXCEPTING THEREFROM a tract of land situated in Section 5, Township 49 North, Range 1 East, N.M.P.M., more particularly described as follows:

Beginning at a point lying S 88º48'51" W 144.93 feet from the East 1/4 corner of said Section 5, a point which is also 10 feet West of the bank of an existing ditch, the point of beginning;

Thence N 07º41'10" E 94.43 feet following said ditch bank offset for the next 25 courses, to a point;
Thence N 01º02'33" W 61.66 feet to a point;
Thence N 13º11'04" W 53.48 feet to a point;
Thence N 26º35'11" W 56.63 feet to a point;
Thence N 44º24'25" W 52.95 feet to a point;
Thence N 61º56'59" W 38.36 feet to a point;
Thence N 83º33'52" W 35.42 feet to a point;
Thence S 84º34'42" W 122.01 feet to a point;
Thence S 78º48'34" W 62.09 feet to a point;
Thence S 70º29'54" W 186.20 feet to a point;
Thence N 89º13'22" W 76.19 feet to a point;
Thence N 63º20'44" W 115.18 feet to a point;
Thence N 77º41'30" W 45.44 feet to a point;
Thence S 89º13'15" W 106.35 feet to a point;
Thence S 83º41'05" W 45.86 feet to a point;
Thence S 83º41'05" W 43.38 feet to a point;
Thence S 67º09'55" W 47.16 feet to a point;
Thence S 47º58'00" W 77.74 feet to a point;
Thence S 36º47'02" W 17.43 feet to a point;
Thence S 04º24'10" E 18.63 feet to a point;
Thence S 23º03'32" E 33.83 feet to a point;
Thence S 63º27'23" W 36.94 feet to a point;
Thence S 13º02'12" W 146.88 feet to a point;
Thence S 36º16'46" W 14.77 feet to a point on the South line of the NE1/4 of said Section 5;
Thence N 88º48'51" E 1080.70 feet along the south line of said NE1/4 to the point of beginning;

AND FURTHER EXCEPTING THEREFROM that property deeded to the State of Colorado acting by and through the Department of Natural Resources for the use and benefit of the Division of Wildlife and Wildlife Commission in Special Warranty Deed recorded November 30, 2009 as Reception No. 595412;

AND FURTHER EXCEPTING THEREFROM that property deeded to the United States of America in Warranty Deed recorded August 2, 2006 as Reception No. 567628;

AND FURTHER EXCEPTING THEREFROM that portion of the above described real property platted as Government Campus Subdivision according to the Plat recorded April 28, 2021 as Reception No. 675477;

AND FURTHER EXCEPTING THEREFROM that portion of the subject property conveyed to the Department of Highways, State of Colorado in Special Warranty Deed recorded in Book 345 at page 107;

AND FURTHER EXCEPTING THEREFROM that property deeded to the United States of America in Warranty Deed recorded July 14, 2005 as Reception No. 555707;

AND FURTHER EXCEPTING THEREFROM that property Deeded to the United States of America in Warranty Deed recorded May 12, 2004 as Reception No. 541963;

County of Gunnison,
State of Colorado.

Parcel No. 2:

Tract A:

Township 49 North, Range 1 West, N.M.P.M.

Section 1: Lot I (The NE1/4NE1/4);

EXCEPTING THEREFROM the following parcels:

1) That property deeded to the Department of Highways, State of Colorado in Special Warranty Deed recorded in Book 345 at page 114 and any other property within U.S. Highway 50;

2) That property deeded to the Pioneer Society of Gunnison County, Colorado in Deed recorded in Book 385 at page 298;

3) That property deeded to the City of Gunnison in Deed recorded as Reception No. 630046; and

4) That property deeded to Gunnison County Pioneer and Historical Society in Deed recorded as Reception No. 634609;

Tract B:

Township 49 North, Range 1 East, N.M.P.M.

Section 6: Lot 4 lying southerly of U. S. Highway 50; SE1/4NW1/4;

EXCEPTING FROM all of Parcel No. 2, the following property:

1) All that portion of Parcel No. 2 above lying South and West of the following line:

Beginning at a point which is the southeast corner of the Southeast quarter of the Northwest quarter (SE1/4NW1/4) of said Section 6;

a. Thence 740 feet westerly along the south line of the Southeast quarter of the Northwest quarter (SE1/4NW1/4) of said Section 6 to the center of Tomichi Creek;
b. Thence North 48º30'00" East 290 feet along the center of Tomichi Creek;
c. Thence North 17º45'00" East 300 feet along the center of Tomichi Creek to the south right-of-way line of an abandoned railroad;
d. Thence South 89º44'00" West 1450 feet along the south right-of-way line of an abandoned railroad to the east property line of the Gunnison County Airport;
e. Thence North 16º24'30" West 1185 feet along the east property line of the Gunnison County Airport to the northeast corner of the Gunnison County Airport property;
f. Thence South 73º16'59" West 345.51 feet along the northerly property line of the Gunnison County Airport to the west line of Section 6;
g. Thence South 77º54'15" West 293.0 feet along the North right-of-way line of County Road 49 to a point;
h. Thence continuing along said right-of-way line South 86º24'12" West 933.83 feet to a point;
i. Thence continuing along said right-of-way line South 89º19'33" West 83.30 feet to a point;
j. Thence continuing along said right-of-way line North 89º50'04" West 19.77 feet to the West boundary of said Lot 1, Section 1, Township 49 North, Range 1 West, N.M.P.M.;
k. Thence continuing North 89º50'04" West along a vacated portion of San Juan Avenue 793.00 feet to a point formed by the intersection of said right-of-way line with the southerly extension of the East line of Pitkin Street;

2) That property owned by the County of Gunnison as described in Rule and Order recorded May 29, 2002 as Reception No. 520716;

City of Gunnison,
County of Gunnison,
State of Colorado.

Parcel No. 3:

Township 50 North, Range 1 East, N.M.P.M.

Section 30: SE1/4, NE1/4SW1/4, S1/2SW1/4

EXCEPTING THEREFROM that parcel of land conveyed to The Board of County Commissioners of County of Gunnison, Colorado in Warranty Deed recorded April 1, 1999 as Reception No. 491994.

Section 31: NE1/4, SW1/4, NE1/4SE1/4, W1/2SE1/4, NW1/4

EXCEPTING THEREFROM the following parcels of land:

a) That property conveyed to The Department of Highways, State of Colorado in Deed recorded March 2, 1960 in Book 345 at page 114;

b) Wilson Subdivision according to the Plat recorded April 19, 1995 as Reception No. 459307;

c) That property conveyed to Gunnison Cemetery District #1 by virtue of Special Warranty Deed recorded May 25, 2010 as Reception No. 598628;

d) That property conveyed to the State of Colorado by virtue of Special Warranty Deed recorded June 6, 2017 as Reception No. 675091;

Portions of the above described real property now platted as Tract A, Gunnison Rising Subdivision 1, recorded January 19, 2012 as Reception No. 610833;

City of Gunnison,
County of Gunnison,
State of Colorado.

Parcel No. 4:

That portion of Tract B, Wilson Subdivision as recorded at Reception No. 459307 of the Records of Gunnison County, lying East of the West Line of the Southwest Quarter of Section 31, Township 50 North, Range 1 East of the New Mexico Principal Meridian,

City of Gunnison,
County of Gunnison,
State of Colorado.

Parcel 5:

Lot 2 and Lot 7, Government Campus Subdivision, according to the Plat recorded April 28, 2021 as Reception No. 675477; AND

Lot 5 and Lot 6, Government Campus Subdivision, according to the Re-plat recorded October 21, 2021 as Reception No. 680323;

City of Gunnison,
County of Gunnison,
State of Colorado.


Parcel No. 6:

Township 49 North, Range 1 East, N.M.P.M.

Section 4: N1/2;

EXCEPTING THEREFROM any portion of the above described property lying North of the South right of way of U.S. Highway No. 50;

FURTHER EXCEPTING THEREFROM that portion of the subject property conveyed to the Department of Highways, State of Colorado in Special Warranty Deed recorded in Book 345 at page 107;

AND FURTHER EXCEPTING THEREFROM that property Deeded to the United States of America in Warranty Deed recorded May 12, 2004 as Reception No. 541963;

AND FURTHER EXCEPTING THEREFROM that property deeded to the United States of America in Warranty Deed recorded July 14, 2005 as Reception No. 555705;

AND FURTHER EXCEPTING THEREFROM that property deeded to the United States of America in Warranty Deed recorded July 14, 2005 as Reception No. 555707;

AND FURTHER EXCEPTING THEREFROM that property deeded to the United States of America in Warranty Deed recorded August 2, 2006 as Reception No. 567628;

AND FURTHER EXCEPTING THEREFROM that property deeded to the State of Colorado acting by and through the Department of Natural Resources for the use and benefit of the Division of Wildlife and Wildlife Commission in Special Warranty Deed recorded November 30, 2009 as Reception No. 595412;

AND FURTHER EXCEPTING THEREFROM that property Deeded to Tomichi Materials LLC in deed recorded March 25, 2016 as Reception No. 638598;

AND FURTHER EXCEPTING THEREFROM that property Deeded to Tomichi Materials LLC in deed recorded July 21, 2022 as Reception No. 685374;


County of Gunnison,
State of Colorado.

EXCEPTING FROM ALL PARCELS any portion of the above described property within the boundaries of U.S. Highway 50 or within the boundaries of a platted and dedicated public road or common ground;