**Fill in this information to identify the case:**

Debtor name: **Gunnison Valley Properties LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Development Management Agreement** | **Five Four Company**<br>**12761 Fischer Street**<br>**Englewood, CO 80112** |
|      | State the term remaining | |
|      | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest: **Office rental** | **Hoskin Farina & Kampf**<br>**234 N Main Street Suite 3A**<br>**Gunnison, CO 81230** |
|      | State the term remaining | |
|      | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest: **Lease** | **I-Bar, Inc.**<br>**414 North Pine Street**<br>**Gunnison, CO 81230** |
|      | State the term remaining: **14 months** | |
|      | List the contract number of any government contract | |