| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gunnison Valley Properties LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 24-15052-JGR |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Byron R Chrisman** | **6909 S Eaton Street Littleton, CO 80128** | **Independent Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Byron R Chrisman** | **6909 S Eaton Street Littleton, CO 80128** | **The Gunnison Bank and Trust Company** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **L. Richard Bratton** | **PO Box 856 Gunnison, CO 81230** | **Independent Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **L. Richard Bratton** | **PO Box 856 Gunnison, CO 81230** | **The Gunnison Bank and Trust Company** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **The Byron R Chrisman Trust** | **6909 S Eaton St Littleton, CO 80128** | **Independent Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor **Gunnison Valley Properties LLC**  Case number *(if known)* **24-15052-JGR**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | **Tomichi Materials** | **864 W South Boulder Rd Ste 200 Louisville, CO 80027** | **Independent Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |