9/05/24  1:43PM

**Fill in this information to identify the case:**

Debtor name    **Gunnison Valley Properties LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **24-15052-JGR**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $    **84,824,871.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    **2,308,692.63**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    **87,133,563.63**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **32,451,607.50**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **9,774,837.86**

4.    Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b                                                                            $    **42,226,445.36**