# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>GUNNISON VALLEY PROPERTIES, LLC,<br>EIN: 45-3189891<br><br>        Debtor. | Case No. 24-15052 JGR<br>Chapter 11 |

## DEBTOR'S MOTION TO SET BAR DATE FOR FILING PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 3003(c)(3)

Gunnison Valley Properties, LLC ("Debtor"), through its counsel, ONSAGER | FLETCHER | JOHNSON | PALMER LLC, files this Motion to Set Bar Date for Filing Proofs of Claim Pursuant to Fed. R. Bankr. P. 3003(c)(3) (this "Motion") as follows:

### PROCEDURAL BACKGROUND

1. On August 28, 2024 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. Debtor is a debtor-in-possession.

2. On September 6, 2024, Debtor filed the required schedules and statement of financial affairs [Docket Nos. 26-31].

### RELIEF REQUESTED

3. By this Motion, Debtor requests that the Court fix October 28, 2024 (the "Bar Date") as the deadline for creditors and parties in interest to file proofs of claim in Debtor's bankruptcy case.

4. Pursuant to Rule 3003(c)(3), "[t]he court shall fix . . . the time within which proofs of claim or interest may be filed." Fed. R. Bankr. P. 3003(c)(3).

5. Rule 3003(c)(2) provides that creditors who fail to file proofs of claim on or before the Bar Date, and creditors whose claims or interests are not scheduled or are scheduled as

disputed, contingent, or unliquidated, "shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution." Fed. R. Bankr. P. 3003(c)(2).

6. Rule 2002(a)(7) provides that creditors and interested parties must receive at least 21 days' notice of the time fixed for filing proofs of claim. Fed. R. Bankr. P. 2002(a)(7). Debtor believes that its proposed Bar Date of October 28, 2024 is appropriate since that date is 61 days following the Petition Date and 48 days from the date of this Motion. If this Motion is granted, creditors will receive more than 21 days' notice of the Bar Date.

7. Establishing a claims bar date will facilitate the efficient administration of Debtor's bankruptcy estate and will assist Debtor in formulating and filing a chapter 11 plan.

8. A proposed form of Notice of Order Establishing Bar Date for Filing Proofs of Claim the "Bar Date Notice") to be sent to all creditors and interested parties is attached as **Exhibit 1**. The Bar Date Notice will provide affected parties with sufficient information to timely file proofs of claim and will alert affected parties to the consequences of failing to timely file a proof of claim, as well as specify the form to be used for filing the asserted claims.

9. Debtor has attached hereto as **Exhibit 2**, a proof of claim for (the "Proof of Claim Form"), which is substantially similar to the official form in all respects, including the information contained on its reverse side.

10. Upon entry of an Order setting the Bar Date, Debtor will serve a copy of the Bar Date Notice and Proof of Claim Form on all creditors and equity security holders identified in Debtor's schedules, any party requesting notice, and all other parties in interest in this case.

WHEREFORE, Debtor respectfully requests that the Court enter an Order: (a) granting this Motion; (b) setting October 28, 2024 as the deadline for filing proofs of claim; (c) approving the procedures set forth in this Motion; and (d) granting such other relief as the Court deems proper.

Dated: September 10, 2024					Respectfully submitted,

												ONSAGER | FLETCHER | JOHNSON | PALMER LLC

												*s/ Gabrielle G. Palmer*
												Andrew D. Johnson, #36879
												Joli A. Lofstedt, Esq. #21946
												Gabrielle G. Palmer, #48948
												600 17th Street, Suite 425 North
												Denver, Colorado 80202
												Ph: (720) 457-7059
												ajohnson@OFJlaw.com
												joli@OFJlaw.com
												gpalmer@OFJlaw.com

												*Attorneys for Gunnison Valley Properties, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I served a complete copy of the foregoing, exhibits and proposed order on the following parties and all parties requesting electronic notice through the court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

Attorney Ryan Blansett; via CM/ECF
Attorney Peter A. Cal; via CM/ECF
Attorney Robert Lantz; via CM/ECF
Attorney Paul Moss; via CM/ECF
Attorney John F. Young; via CM/ECF
US Trustee; via CM/ECF

						*s/ Barbara A. Moss*