# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Gunnison Valley Properties LLC<br><br>Debtor.<br><br>_____<br><br>DDC, LLC,<br>d/b/a Dietrich Dirtworks, LLC<br><br>Creditor/Movant,<br><br>v.<br><br>Gunnison Valley Properties LLC<br><br>Debtor/Respondent. | Case No. 24-15052-JGR<br><br>Chapter 11 |

## ORDER GRANTING CREDITOR DDC, LLC, D/B/A DIETRICH DIRTWORKS, LLC MOTION TO MODIFY THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1)

This matter comes before the Court on DDC, LLC D/B/A Dietrich Dirtworks, LLC Motion to Modify the Automatic Stay Under 11 U.S.C. § 362(d)(1) (the "Motion"). This Court, having considered the Motion and being fully advised in the premises, hereby:

ORDERS that the Motion is GRANTED.

DATED this _____ day of _____ 2024.

By the Court

_____
Bankruptcy Court Judge