IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>Gunnison Valley Properties LLC<br><br>          Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case No.<br>24-15052-JGR |
| DDC, LLC,<br>d/b/a Dietrich Dirtworks, LLC<br><br>          Creditor/Movant<br><br>v.<br><br>Gunnison Valley Properties LLC<br>          Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**NOTICE PURSUANT TO L.B.R. 4001-1 OF CREDITOR DDC, LLC, D/B/A DIETRICH DIRTWORKS LLC, MOTION TO MODIFY THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1)**

### OBJECTION DEADLINE

**Objection deadline**: September 24, 2024.

### NOTICE

    NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

    A hearing on the Motion has been set for **October 1, 2024,** at **01:00 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **B**, Fifth Floor, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

    If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

    If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

DATED the 9th day of September, 2024.

Respectfully submitted,

LANTZ LAW GROUP

*/s /Robert D. Lantz*
Robert D. Lantz #30825
1123 Auraria Parkway Suite. 100
Denver, CO 80204
Tel.+1-720-571-8620
Email: rlantz@lantzlawgroup.com

## **CERTIFICATE OF SERVICE**

I certify on this 9th day of September, 2024, I served a true and correct copy of the foregoing **NOTICE PURSUANT TO L.B.R. 4001-1 OF CREDITOR DDC, LLC, D/B/A DIETRICH DIRTWORKS, LLC, MOTION TO MODIFY THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1)** the **MOTION TO MODIFY THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) and a PROPOSED ORDER GRANTING THE MOTION**

via the Court's ECF System and email as follows:

**Andrew D. Johnson**
Onsager Fletcher Johnson LLC
600 17th Street Suite.425N
Denver, CO 80202
Phone: 720-457-7061
Email: ajohnson@OFJlaw.com

**Paul Moss**
Bryon G. Rogers Federal Building
1961 Stout St.
Denver, CO 80294
Phone: 303-312-7995
Email: Paul.Moss@usdoj.gov

*/s/ Angela Martinez*
Angela Martinez, Senior Paralegal