**Fill in this information to identify the case:**

Debtor Name: Gunnison Valley Properties LLC

United States Bankruptcy Court for the: District of Colorado
(State)

Case number: 24-15052 JGR

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 9/26/2024 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Tomichi Materials, LLC | 94.73683% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: Gunnison Valley Properties LLC
Case number: 24-15052 JGR

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _/s/ Byron R. Chrisman_
Signature of Authorized Individual

Byron R. Chrisman
Printed name of Authorized Individual

Date 9-26-2024
MM / DD / YYYY

**For individual Debtors:**

X _____
Signature of Debtor 1

_____
Printed name of Debtor 1

Date _____
MM / DD / YYYY

X _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM / DD / YYYY

Debtor Name   Gunnison Valley Properties LLC                                    Case number  24-15052 JGR

# Exhibit A: Financial Statements for Tomichi Materials, LLC

Debtor Name  Gunnison Valley Properties, LLC  Case number 24-15052 JGR

### Exhibit A-1: Balance Sheet for Tomichi Materials, LLC as of June 30, 2024 and December 31, 2023

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

A balance sheet for Tomichi Materials, LLC as of June 30, 2024 and as of December 31, 2024 is attached.

The source of this information is Tomichi's books and records.

9:41 AM
08/22/24
Accrual Basis

## Tomichi Materials, LLC
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 | Jun 30, 23 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 11000 · Bank Checking and Cash | | | |
| 11100 · BMO Harris Bank N.A. - 3933 | 47,001.73 | 145,721.37 | -98,719.64 |
| 11200 · Independant Bank - 7832 | 53,780.79 | 238,046.20 | -184,265.41 |
| 11300 · Independant Bank - 7824 | 1,636.98 | 2,198.92 | -561.94 |
| Total 11000 · Bank Checking and Cash | 102,419.50 | 385,966.49 | -283,546.99 |
| **Total Checking/Savings** | 102,419.50 | 385,966.49 | -283,546.99 |
| **Accounts Receivable** | | | |
| 12100 · Trade Accounts Receivable | 569,644.58 | 358,989.02 | 210,655.56 |
| **Total Accounts Receivable** | 569,644.58 | 358,989.02 | 210,655.56 |
| **Other Current Assets** | | | |
| 11800 · Petty Cash | 250.00 | 250.00 | 0.00 |
| 11900 · Undeposited Funds | 66,946.29 | 30,305.03 | 36,641.26 |
| 13000 · Inventory | | | |
| 13050 · Inventory - Sand and Gravel | 1,688,518.24 | 1,688,402.66 | 115.58 |
| 13100 · Inventory - TYPE I/II LA | 79,854.88 | 72,337.94 | 7,516.94 |
| 13500 · Inventory - Landscape Materials | 22,446.38 | 22,446.38 | 0.00 |
| Total 13000 · Inventory | 1,790,819.50 | 1,783,186.98 | 7,632.52 |
| 14500 · Prepaid Insurance | 2,618.23 | 14,505.05 | -11,886.82 |
| 18100 · Note Receivable GVP LLC | 1,060,373.51 | 291,000.00 | 769,373.51 |
| **Total Other Current Assets** | 2,921,007.53 | 2,119,247.06 | 801,760.47 |
| **Total Current Assets** | 3,593,071.61 | 2,864,202.57 | 728,869.04 |
| **Fixed Assets** | | | |
| 15000 · Tangible Plant & Equipment | | | |
| 15050 · Office Furniture and Equipment | 24,375.25 | 24,375.25 | 0.00 |
| 15100 · Automobiles | 57,132.09 | 57,132.09 | 0.00 |
| 15200 · Trucks and Trailers | 288,560.25 | 288,560.25 | 0.00 |
| 15300 · Machinery & Equipment | 2,650,649.49 | 2,650,649.49 | 0.00 |
| 15400 · Buildings - Scale House | 343,213.12 | 343,213.12 | 0.00 |
| Total 15000 · Tangible Plant & Equipment | 3,363,930.20 | 3,363,930.20 | 0.00 |
| 15500 · Accumulated Depreciation | -2,392,136.14 | -1,968,161.20 | -423,974.94 |
| 15600 · Gravel Plant & Pit Improvements | 1,399,965.39 | 1,399,965.39 | 0.00 |
| 15750 · Cement Batch Plant | 848,420.61 | 848,420.61 | 0.00 |
| 15850 · Capital Intangible Develop Cost | 434,595.44 | 434,595.44 | 0.00 |
| 15900 · Land | 3,255,906.00 | 3,255,906.00 | 0.00 |
| 15950 · Accumulated Depletion | -609,290.00 | -503,417.43 | -105,872.57 |
| **Total Fixed Assets** | 6,301,391.50 | 6,831,239.01 | -529,847.51 |
| **Other Assets** | | | |
| 17100 · Bond - County of Gunnison | 30,000.00 | 54,022.50 | -24,022.50 |
| 17500 · Loan Fees - Independent Bank | 19,318.00 | 44,238.40 | -24,920.40 |
| 18200 · Note Receiveable - Chrisman | 250,000.00 | 250,000.00 | 0.00 |
| 18300 · Note Receivable - Bratton | 100,000.00 | 100,000.00 | 0.00 |
| **Total Other Assets** | 399,318.00 | 448,260.90 | -48,942.90 |
| **TOTAL ASSETS** | 10,293,781.11 | 10,143,702.48 | 150,078.63 |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 20000 · Accounts Payable | 122,405.56 | 90,111.55 | 32,294.01 |
| **Total Accounts Payable** | 122,405.56 | 90,111.55 | 32,294.01 |
| **Credit Cards** | | | |
| 24600 · Chase Credit Card | 14,590.43 | 1,403.29 | 13,187.14 |
| **Total Credit Cards** | 14,590.43 | 1,403.29 | 13,187.14 |
| **Other Current Liabilities** | | | |
| 21000 · Payroll and Accrued Liabilities | | | |
| 21200 · Accrued Liabilities | 81,474.69 | 81,474.69 | 0.00 |
| 23000 · Payroll Liabilities | | | |
| 23100 · Child Support Payable | 92.30 | 92.30 | 0.00 |
| 23200 · FED WH Payable | 1,946.00 | 0.00 | 1,946.00 |
| 23300 · CO WH Payable | 2,867.00 | 3,147.00 | -280.00 |
| 23400 · SS/MED Payable | 3,072.56 | 0.00 | 3,072.56 |
| 23500 · FUTA Payable | 242.51 | 182.98 | 59.53 |
| 23600 · SUTA Payable | 8,745.66 | 7,334.57 | 1,411.09 |
| 23650 · Direct Deposit Liabilities | -1,361.64 | -1,361.64 | 0.00 |
| 23700 · FAMLI Payable | 2,711.61 | 1,527.80 | 1,183.81 |
| 23800 · SIMPLE IRA Payable | 2,536.96 | 3,418.53 | -881.57 |
| 23000 · Payroll Liabilities - Other | -0.04 | -0.04 | 0.00 |
| Total 23000 · Payroll Liabilities | 20,852.92 | 14,341.50 | 6,511.42 |

9:41 AM
08/22/24
Accrual Basis

# Tomichi Materials, LLC
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 | Jun 30, 23 | $ Change |
|---|---:|---:|---:|
| 23910 · Sales Tax Payable | 14,512.76 | 11,153.28 | 3,359.48 |
| 21000 · Payroll and Accrued Liabilities - Other | -962.85 | 0.00 | -962.85 |
| **Total 21000 · Payroll and Accrued Liabilities** | 115,877.52 | 106,969.47 | 8,908.05 |
| **Total Other Current Liabilities** | 115,877.52 | 106,969.47 | 8,908.05 |
| **Total Current Liabilities** | 252,873.51 | 198,484.31 | 54,389.20 |
| Long Term Liabilities |  |  |  |
| 27000 · Note Independant Bank - 7097 | 2,743,700.10 | 2,886,294.74 | -142,594.64 |
| 27100 · Note Independant Bank - 2117 | 570,726.83 | 674,060.35 | -103,333.52 |
| **Total Long Term Liabilities** | 3,314,426.93 | 3,560,355.09 | -245,928.16 |
| **Total Liabilities** | 3,567,300.44 | 3,758,839.40 | -191,538.96 |
| Equity |  |  |  |
| 32100 · Capital-The Byron R Chrisman Tr | 250,000.00 | 250,000.00 | 0.00 |
| 32200 · Capital - Gunnison Valley Prop. | 4,490,829.96 | 4,490,829.96 | 0.00 |
| 35000 · Retained Earnings | 2,032,440.16 | 1,699,078.52 | 333,361.64 |
| Net Income | -46,789.45 | -55,045.40 | 8,255.95 |
| **Total Equity** | 6,726,480.67 | 6,384,863.08 | 341,617.59 |
| **TOTAL LIABILITIES & EQUITY** | 10,293,781.11 | 10,143,702.48 | 150,078.63 |

Page 2

Tomichi Materials, LLC
Balance Sheet
As of December 31, 2023

5:03 PM
02/07/2024
Accrual Basis

|  | Dec 31, 23 | Dec 31, 22 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 11000 · Bank Checking and Cash | | | |
| 11010 · Bank of the West Old - Closed | 0.00 | 73,182.05 | -73,182.05 |
| 11100 · BMO Harris Bank N.A. - 3933 | 306,195.76 | 144,740.39 | 161,455.37 |
| 11200 · Independant Bank - 7832 | 195,947.04 | 94,062.66 | 101,884.38 |
| 11300 · Independant Bank - 7824 | 36,102.16 | 12,129.28 | 23,972.88 |
| Total 11000 · Bank Checking and Cash | 538,244.96 | 324,114.38 | 214,130.58 |
| Total Checking/Savings | 538,244.96 | 324,114.38 | 214,130.58 |
| **Accounts Receivable** | | | |
| 12100 · Trade Accounts Receivable | 295,725.94 | 484,903.75 | -189,177.81 |
| Total Accounts Receivable | 295,725.94 | 484,903.75 | -189,177.81 |
| **Other Current Assets** | | | |
| 11800 · Petty Cash | 250.00 | 250.00 | 0.00 |
| 11900 · Undeposited Funds | 74,624.49 | 208,541.22 | -133,916.73 |
| 13000 · Inventory | | | |
| 13050 · Inventory - Sand and Gravel | 1,399,695.78 | 1,547,099.74 | -147,403.96 |
| 13100 · Inventory - TYPE I/II LA | 73,237.94 | 59,076.18 | 14,161.76 |
| 13500 · Inventory - Landscape Materials | 22,446.38 | 21,874.65 | 571.73 |
| Total 13000 · Inventory | 1,495,380.10 | 1,628,050.57 | -132,670.47 |
| 14500 · Prepaid Insurance | 26,923.41 | 29,788.43 | -2,865.02 |
| 18100 · Note Receivable GVP LLC | 880,373.51 | 100,000.00 | 780,373.51 |
| Total Other Current Assets | 2,477,551.51 | 1,966,630.22 | 510,921.29 |
| **Total Current Assets** | 3,311,522.41 | 2,775,648.35 | 535,874.06 |
| **Fixed Assets** | | | |
| 15000 · Tangible Plant & Equipment | | | |
| 15050 · Office Furniture and Equipment | 24,375.25 | 24,375.25 | 0.00 |
| 15100 · Automobiles | 57,132.09 | 57,132.09 | 0.00 |
| 15200 · Trucks and Trailers | 288,560.25 | 288,560.25 | 0.00 |
| 15300 · Machinery & Equipment | 2,650,649.49 | 3,035,651.09 | -385,001.60 |
| 15400 · Buildings - Scale House | 343,213.12 | 341,078.12 | 2,135.00 |
| Total 15000 · Tangible Plant & Equipment | 3,363,930.20 | 3,746,796.80 | -382,866.60 |
| 15500 · Accumulated Depreciation | -2,180,678.20 | -1,943,327.52 | -237,350.68 |
| 15600 · Gravel Plant & Pit Improvements | 1,399,965.39 | 1,304,965.39 | 95,000.00 |
| 15750 · Cement Batch Plant | 848,420.61 | 845,534.60 | 2,886.01 |
| 15850 · Capital Intangible Develop Cost | 434,595.44 | 434,595.44 | 0.00 |
| 15900 · Land | 3,255,906.00 | 3,255,906.00 | 0.00 |
| 15950 · Accumulated Depletion | -592,382.64 | -480,203.24 | -112,179.40 |
| **Total Fixed Assets** | 6,529,756.80 | 7,164,267.47 | -634,510.67 |
| **Other Assets** | | | |
| 17100 · Bond - County of Gunnison | 30,000.00 | 54,022.50 | -24,022.50 |
| 17500 · Loan Fees - Independent Bank | 31,778.20 | 58,775.30 | -26,997.10 |
| 18200 · Note Receiveable - Chrisman | 250,000.00 | 250,000.00 | 0.00 |
| 18300 · Note Receivable - Bratton | 100,000.00 | 50,000.00 | 50,000.00 |
| Total Other Assets | 411,778.20 | 412,797.80 | -1,019.60 |
| **TOTAL ASSETS** | 10,253,057.41 | 10,352,713.62 | -99,656.21 |
| **LIABILITIES & EQUITY** | | | |

|  | Dec 31, 23 | Dec 31, 22 | $ Change |
|---|---:|---:|---:|
| **Liabilities** | | | |
|   Current Liabilities | | | |
|     Accounts Payable | | | |
|       20000 · Accounts Payable | 113,449.22 | 204,590.68 | -91,141.46 |
|     Total Accounts Payable | 113,449.22 | 204,590.68 | -91,141.46 |
|     Credit Cards | | | |
|       24600 · Chase Credit Card | 9,831.84 | 2,406.02 | 7,425.82 |
|     Total Credit Cards | 9,831.84 | 2,406.02 | 7,425.82 |
|     Other Current Liabilities | | | |
|       21000 · Payroll and Accrued Liabilities | | | |
|         21200 · Accrued Liabilities | 81,474.69 | 13,784.58 | 67,690.11 |
|         23000 · Payroll Liabilities | | | |
|           23100 · Child Support Payable | 92.30 | 92.30 | 0.00 |
|           23200 · FED WH Payable | 1,517.00 | 0.00 | 1,517.00 |
|           23300 · CO WH Payable | 1,477.00 | 2,300.00 | -823.00 |
|           23400 · SS/MED Payable | 4,021.30 | 0.00 | 4,021.30 |
|           23500 · FUTA Payable | 0.00 | 32.79 | -32.79 |
|           23600 · SUTA Payable | 0.00 | 1,287.69 | -1,287.69 |
|           23650 · Direct Deposit Liabilities | -1,361.64 | -1,361.64 | 0.00 |
|           23700 · FAMLI Payable | 2,658.43 | 0.00 | 2,658.43 |
|           23800 · SIMPLE IRA Payable | 6,199.12 | 0.00 | 6,199.12 |
|           23000 · Payroll Liabilities - Other | -0.04 | -0.04 | 0.00 |
|         Total 23000 · Payroll Liabilities | 14,603.47 | 2,351.10 | 12,252.37 |
|         23910 · Sales Tax Payable | 3,160.32 | 15,350.75 | -12,190.43 |
|       Total 21000 · Payroll and Accrued Liabilities | 99,238.48 | 31,486.43 | 67,752.05 |
|     Total Other Current Liabilities | 99,238.48 | 31,486.43 | 67,752.05 |
|   Total Current Liabilities | 222,519.54 | 238,483.13 | -15,963.59 |
|   Long Term Liabilities | | | |
|     27000 · Note Independant Bank - 7097 | 2,815,891.05 | 2,955,296.50 | -139,405.45 |
|     27100 · Note Independant Bank - 2117 | 619,039.39 | 720,079.81 | -101,040.42 |
|   Total Long Term Liabilities | 3,434,930.44 | 3,675,376.31 | -240,445.87 |
| Total Liabilities | 3,657,449.98 | 3,913,859.44 | -256,409.46 |
| **Equity** | | | |
|   32100 · Capital-The Byron R Chrisman Tr | 250,000.00 | 250,000.00 | 0.00 |
|   32200 · Capital - Gunnison Valley Prop. | 4,490,829.96 | 4,490,829.96 | 0.00 |
|   35000 · Retained Earnings | 1,698,024.22 | 1,023,395.17 | 674,629.05 |
|   Net Income | 156,753.25 | 674,629.05 | -517,875.80 |
| Total Equity | 6,595,607.43 | 6,438,854.18 | 156,753.25 |
| **TOTAL LIABILITIES & EQUITY** | 10,253,057.41 | 10,352,713.62 | -99,656.21 |

Debtor Name   Gunnison Valley Properties, LLC  
Case number   24-15052 JGR

**Exhibit A-2: Statement of Income (*Loss*) for Tomichi Materials, LLC as of June 30, 2024 and December 31, 2023**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

　a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

　b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

A P&L for Tomichi Materials, LLC as of June 30, 2024 and as of December 31, 2024 is attached.

The source of this information is Tomichi's books and records.

9:39 AM
08/22/24
Accrual Basis

# Tomichi Materials, LLC
## Profit & Loss
### January through June 2024

|  | Jan - Jun 24 | Jan - Jun 23 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 40000 · Income - Sand & Gravel | 638,071.83 | 625,939.06 | 12,132.77 |
| 40100 · Delivery Gravel | 29,769.00 | 90,932.80 | -61,163.80 |
| 41000 · Income - Concrete | 39,800.10 | 43,520.55 | -3,720.45 |
| 42000 · Landscaping Sales | 0.00 | 4,353.03 | -4,353.03 |
| 43000 · Rent Income | 2,400.00 | 0.00 | 2,400.00 |
| 49000 · Miscellaneous Income | 780.58 | 1,263.86 | -483.28 |
| **Total Income** | 710,821.51 | 766,009.30 | -55,187.79 |
| **Cost of Goods Sold** | | | |
| 50000 · Cost of Goods Sold | -308.80 | 0.00 | -308.80 |
| 50130 · Trucking | 1,200.00 | 13,893.75 | -12,693.75 |
| 50200 · Materials | 0.00 | -65.92 | 65.92 |
| 50310 · Fuel/Oil | 1,830.40 | 2,187.89 | -357.49 |
| 50320 · Equipment Rental | 3,688.65 | 6,125.00 | -2,436.35 |
| 50325 · Parts and Repairs | 15,442.06 | 48,654.05 | -33,211.99 |
| 50400 · Yard Expense | 687.56 | 3,527.63 | -2,840.07 |
| 50405 · Communications | 1,650.00 | 825.00 | 825.00 |
| 50500 · Utilities - Indirect | 1,009.14 | 3,679.85 | -2,670.71 |
| 50630 · Water Job-Costs | 1,162.08 | 618.97 | 543.11 |
| 50700 · Other Job Costs | -1,162.08 | 0.00 | -1,162.08 |
| 51800 · Testing Cement | 330.86 | 0.00 | 330.86 |
| 59100 · Cost of Sand & Gravel Sold | 241,972.32 | 273,193.75 | -31,221.43 |
| **Total COGS** | 267,502.19 | 352,639.97 | -85,137.78 |
| **Gross Profit** | 443,319.32 | 413,369.33 | 29,949.99 |
| **Expense** | | | |
| 60110 · Payroll Expenses | 32,831.87 | 59,152.63 | -26,320.76 |
| 60112 · Payroll Service Fee | 0.00 | 4.07 | -4.07 |
| 60114 · Employer SIMPLE Contribution | 0.00 | 5,316.98 | -5,316.98 |
| 60115 · Employee Health Care | 0.00 | 17,851.01 | -17,851.01 |
| 60120 · Repairs and Maintenance | 6,166.79 | 11,616.44 | -5,449.65 |
| 60150 · Payroll Taxes | 5,827.55 | 14,281.94 | -8,454.39 |
| 60151 · Payroll Tax Penalties | 970.00 | 0.00 | 970.00 |
| 60160 · Taxes - Real Estate | 0.00 | 52,467.43 | -52,467.43 |
| 60180 · Fees and Permits | 1,043.51 | 10,301.43 | -9,257.92 |
| 60200 · Interest Expense | 98,915.44 | 106,331.96 | -7,416.52 |
| 60210 · Depreciation Expense | 211,457.94 | 210,361.80 | 1,096.14 |
| 60220 · Depletion Expense - Cost | 16,907.36 | 23,214.19 | -6,306.83 |
| 60240 · Advertising | 17,242.80 | 233.00 | 17,009.80 |
| 60270 · Professional Services | 11,532.48 | 0.00 | 11,532.48 |
| 60272 · Legal Fees | 0.00 | 175.00 | -175.00 |
| 60273 · Professional Accounting Service | 11,610.05 | 25,275.98 | -13,665.93 |
| 60280 · Management Fees GVP Contractual | 26,000.00 | 45,500.00 | -19,500.00 |
| 60290 · Bank Charges/Fees | 651.73 | 691.00 | -39.27 |
| 60291 · Cash Over/Short | -0.10 | -1.81 | 1.71 |
| 60292 · Credit Card Merchant Fees | 1,324.51 | 1,541.74 | -217.23 |
| 60294 · Indemnity Bond Fees | 4,042.98 | 4,042.98 | 0.00 |
| 60300 · Dues and Subscriptions | 0.00 | 827.86 | -827.86 |
| 60310 · Workmens Compensation | 666.00 | 497.09 | 168.91 |
| 60340 · Insurance Expense | 30,649.50 | 46,445.51 | -15,796.01 |
| 60395 · Safety | 125.00 | 956.78 | -831.78 |
| 60400 · Office Supplies & Expenses | 6,815.14 | 2,683.02 | 4,132.12 |
| 60410 · Postage and Freight | 27.20 | 0.00 | 27.20 |
| 60440 · Telephone Expense | 3,457.67 | 2,180.59 | 1,277.08 |
| 60460 · Meals and Entertainment | 26.53 | 290.69 | -264.16 |
| 60470 · Travel | 20.04 | 189.28 | -169.24 |
| 60500 · Computer and Internet Expenses | 1,680.05 | 3,538.02 | -1,857.97 |

9:39 AM
08/22/24
Accrual Basis

# Tomichi Materials, LLC
## Profit & Loss
### January through June 2024

|  | Jan - Jun 24 | Jan - Jun 23 | $ Change |
|---|---:|---:|---:|
| 61130 · Miscellaneous | 7.53 | 0.00 | 7.53 |
| 66900 · Reconciliation Discrepancies | -0.04 | -4.45 | 4.41 |
| **Total Expense** | 489,999.53 | 645,962.16 | -155,962.63 |
| **Net Ordinary Income** | -46,680.21 | -232,592.83 | 185,912.62 |
| Other Income/Expense | | | |
| Other Income | | | |
| 47000 · Gain (Loss) Sale of Assets | 0.00 | 177,095.37 | -177,095.37 |
| 49300 · Finance Charges | -7.58 | 43.63 | -51.21 |
| 80100 · Interest Income | 174.27 | 429.26 | -254.99 |
| 80300 · Finance Charge | -275.93 | -20.83 | -255.10 |
| **Total Other Income** | -109.24 | 177,547.43 | -177,656.67 |
| **Net Other Income** | -109.24 | 177,547.43 | -177,656.67 |
| **Net Income** | **-46,789.45** | **-55,045.40** | **8,255.95** |

Tomichi Materials, LLC  
Profit & Loss  
January through December 2023

5:07 PM  
02/07/2024  
Accrual Basis

|  | Jan - Dec 23 | Jan - Dec 22 | $ Change |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 40000 · Income - Sand & Gravel | 2,475,463.58 | 1,883,620.95 | 591,842.63 |
| 40100 · Delivery Gravel | 170,151.05 | 245,991.63 | -75,840.58 |
| 41000 · Income - Concrete | 45,192.55 | 2,136,018.17 | -2,090,825.62 |
| 41990 · Sales Tax  Adj Vender Fee | 0.00 | 6,837.56 | -6,837.56 |
| 42000 · Landscaping Sales | 8,388.40 | 42,156.51 | -33,768.11 |
| 43000 · Rent Income | 4,400.00 | 0.00 | 4,400.00 |
| 49000 · Miscellaneous Income | 3,588.84 | 9,459.48 | -5,870.64 |
| 49200 · Vender Discounts | 0.00 | 1,430.35 | -1,430.35 |
| **Total Income** | 2,707,184.42 | 4,325,514.65 | -1,618,330.23 |
| **Cost of Goods Sold** | | | |
| 50000 · Cost of Goods Sold | 0.00 | 18,111.16 | -18,111.16 |
| 50130 · Trucking | 14,893.75 | 129,811.70 | -114,917.95 |
| 50200 · Materials | -65.92 | 26,598.45 | -26,664.37 |
| 50310 · Fuel/Oil | 2,937.35 | 338,608.95 | -335,671.60 |
| 50315 · Tires | 0.00 | 2,732.39 | -2,732.39 |
| 50320 · Equipment Rental | 10,625.00 | 34,062.03 | -23,437.03 |
| 50325 · Parts and Repairs | 43,305.38 | 346,324.37 | -303,018.99 |
| 50400 · Yard Expense | 3,527.63 | 40,832.07 | -37,304.44 |
| 50405 · Communications | 1,925.00 | 0.00 | 1,925.00 |
| 50500 · Utilities - Indirect | 9,314.51 | 78,210.65 | -68,896.14 |
| 50600 · Small Tools & Supplies | 0.00 | 8,209.65 | -8,209.65 |
| 50610 · Permits/Weight Tickets | 1,620.00 | 8,682.02 | -7,062.02 |
| 50630 · Water Job-Costs | 618.97 | 856.66 | -237.69 |
| 50800 · Ary - Crushing | 0.00 | 0.00 | 0.00 |
| 51000 · Cost of Cement Products | 0.00 | 748,046.05 | -748,046.05 |
| 51800 · Testing Cement | 0.00 | 14,485.36 | -14,485.36 |
| 59000 · In-Kind Trade | 0.00 | 647.37 | -647.37 |
| 59100 · Cost of Sand & Gravel Sold | 1,427,048.83 | 504,609.52 | 922,439.31 |
| **Total COGS** | 1,515,750.50 | 2,300,828.40 | -785,077.90 |
| **Gross Profit** | 1,191,433.92 | 2,024,686.25 | -833,252.33 |
| **Expense** | | | |
| 60110 · Payroll Expenses | 59,152.63 | 216,265.85 | -157,113.22 |
| 60112 · Payroll Service Fee | 4.07 | 124.12 | -120.05 |
| 60114 · Employer SIMPLE Contribution | 11,199.69 | 0.00 | 11,199.69 |
| 60115 · Employee Health Care | 24,949.52 | 0.00 | 24,949.52 |
| 60120 · Repairs and Maintenance | 25,290.78 | 29,147.69 | -3,856.91 |
| 60140 · Rent Expense | 0.00 | 3,117.71 | -3,117.71 |
| 60150 · Payroll Taxes | 14,281.94 | 23,140.10 | -8,858.16 |
| 60151 · Payroll Tax Penalties | 0.00 | 0.00 | 0.00 |
| 60160 · Taxes - Real Estate | 34,978.28 | 35,045.57 | -67.29 |
| 60180 · Fees and Permits | 11,120.23 | 24,137.39 | -13,017.16 |
| 60200 · Interest Expense | 213,049.39 | 335,480.50 | -122,431.11 |
| 60210 · Depreciation Expense | 422,878.80 | 431,984.95 | -9,106.15 |
| 60220 · Depletion Expense - Cost | 112,179.40 | 76,602.55 | 35,576.85 |

|  | Jan - Dec 23 | Jan - Dec 22 | $ Change |
|---|---:|---:|---:|
| 60240 · Advertising | 1,745.00 | 31.13 | 1,713.87 |
| 60270 · Professional Services | 0.00 | 28,354.57 | -28,354.57 |
| 60272 · Legal Fees | 175.00 | 0.00 | 175.00 |
| 60273 · Professional Accounting Service | 47,251.81 | 0.00 | 47,251.81 |
| 60280 · Management Fees GVP Contractual | 99,425.70 | 0.00 | 99,425.70 |
| 60290 · Bank Charges/Fees | 1,288.50 | 78.54 | 1,209.96 |
| 60291 · Cash Over/Short | 8.75 | -130.00 | 138.75 |
| 60292 · Credit Card Merchant Fees | 4,427.05 | 25,550.32 | -21,123.27 |
| 60294 · Indemnity Bond Fees | 8,085.96 | 7,412.13 | 673.83 |
| 60300 · Dues and Subscriptions | 1,290.46 | 7,205.12 | -5,914.66 |
| 60310 · Workmens Compensation | 497.09 | 5,790.10 | -5,293.01 |
| 60330 · Property Insurance | 11,020.00 | 0.00 | 11,020.00 |
| 60340 · Insurance Expense | 77,589.71 | 49,738.20 | 27,851.51 |
| 60395 · Safety | 3,214.26 | 8,030.69 | -4,816.43 |
| 60400 · Office Supplies & Expenses | 8,566.49 | 17,427.81 | -8,861.32 |
| 60410 · Postage and Freight | 0.00 | 85.85 | -85.85 |
| 60440 · Telephone Expense | 4,379.15 | 4,244.73 | 134.42 |
| 60450 · Utilities | 0.00 | 398.34 | -398.34 |
| 60460 · Meals and Entertainment | 1,736.86 | 3,996.19 | -2,259.33 |
| 60470 · Travel | 282.69 | 658.81 | -376.12 |
| 60480 · Consultant's Expense | 0.00 | 10,000.00 | -10,000.00 |
| 60500 · Computer and Internet Expenses | 5,434.00 | 1,967.82 | 3,466.18 |
| 60540 · Contributions/Donations | 1,000.00 | 10,808.66 | -9,808.66 |
| 61130 · Miscellaneous | 200.10 | 77.41 | 122.69 |
| 66900 · Reconciliation Discrepancies | -4.47 | -19.51 | 15.04 |
| 70100 · Bad Debts | 5,775.42 | 979.18 | 4,796.24 |
| Total Expense | 1,212,474.26 | 1,357,732.52 | -145,258.26 |
| Net Ordinary Income | -21,040.34 | 666,953.73 | -687,994.07 |
| Other Income/Expense |  |  |  |
| Other Income |  |  |  |
| 47000 · Gain (Loss) Sale of Assets | 177,095.37 | 274.22 | 176,821.15 |
| 48000 · Sale of Scrap Metal | 0.00 | 3,747.40 | -3,747.40 |
| 49300 · Finance Charges | 43.63 | 3,576.43 | -3,532.80 |
| 80100 · Interest Income | 762.99 | 77.27 | 685.72 |
| 80300 · Finance Charge | -108.40 | 0.00 | -108.40 |
| Total Other Income | 177,793.59 | 7,675.32 | 170,118.27 |
| Net Other Income | 177,793.59 | 7,675.32 | 170,118.27 |
| Net Income | 156,753.25 | 674,629.05 | -517,875.80 |

Debtor Name    Gunnison Valley Properties, LLC    Case number 24-15052 JGR

### Exhibit A-3: Statement of Cash Flows for Tomichi Materials, LLC for period ending [date]

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

  b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

No such documents exist.

Debtor Name  Gunnison Valley Properties, LLC  Case number 24-15052 JGR

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Tomichi Materials, LLC for period ending [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

No such documents exist.

Debtor Name  Gunnison Valley Properties, LLC  
Case number 24-15052 JGR

### Exhibit B: Description of Operations for Tomichi Materials, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Tomichi Materials, LLC mines, processes and sells sand, gravel, and other materials to customers in the Gunnison Valley. Tomichi owns approximately 135 acres of land in the Gunnison Valley and certain water rights. Debtor owns a 94.73683% interest in Tomichi.

The source of this information is Debtor's manager, Byron R. Chrisman, and Tomichi's books and records.

Debtor Name  Gunnison Valley Properties, LLC  Case number 24-15052 JGR

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Debtor has historically paid certain expenses for Tomichi, including expenses associated with a manager of Tomichi, for which Tomichi reimbursed Debtor on a regular basis. Tomichi owes Debtor $23,746.54 for Debtor's payment of Tomichi's expenses for the period of June-August 2024. As of September 1, 2024, Tomichi will pay all of its expenses directly.

The source of this information is the books and records of Debtor and Tomichi.

Debtor Name  Gunnison Valley Properties, LLC  Case number 24-15052 JGR

# Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Tomichi is a limited liability company that is taxed as a partnership. All business losses and profits are the responsibility of Tomichi's members in proportion to their distributive share.

The source of this information is the business records of Debtor and Tomichi.

Debtor Name  Gunnison Valley Properties, LLC

Case number  24-15052 JGR

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

No such payments or obligations exist.

The source of this information is the business records of Debtor and Tomichi.