## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: <br><br> GUNNISON VALLEY PROPERTIES, LLC, <br> EIN:  45-3189891, <br><br> Debtor. | Case No. 24-15052-JGR <br> Chapter 11 |

## ORDER REGARDING NOTICE

THIS MATTER is before the Court on the Application to Employ Bluebird Real Estate as Real Estate Broker to Market and Sell Real Property filed by the Debtor on October 7, 2024 (Doc. 57).  The Court, having reviewed the motion,

FINDS that notice pursuant to Fed.R.Bankr.P. 9013 is appropriate under L.B.R. 2014-1(a)(8) as the listing agreements referenced in the motion were executed prior to the bankruptcy filing.

IT IS THEREFORE ORDERED that no further action shall be taken with regard to the Motion, until such time as Movant complies with L.B.R. 9013-1 and the matter is properly brought before the Court upon the filing of a certificate of contested or non-contested matter in accordance with L.B.R. 9013-1(c).  In the event Movant fails to comply as provided herein, the Motion shall be deemed moot and, upon the closing of the case in the ordinary course, be deemed denied for lack of prosecution in accordance with L.B.R. 9013-1(f).

Dated this  8th  day of   October  , 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge