UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| GUNNISON VALLEY PROPERTIES, LLC, | ) Case No. 24-15052-JGR |
| EIN: 45-3189891 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**NOTICE OF APPLICATION TO EMPLOY BLUEBIRD REAL ESTATE AS REAL ESTATE BROKER TO MARKET AND SELL REAL PROPERTY**

**OBJECTION DEADLINE:  OCTOBER 23, 2024**

YOU ARE HEREBY NOTIFIED that on October 7, 2024, Gunnison Valley Properties, LLC ("Debtor") filed its Application to Employ Bluebird Real Estate as Real Estate Broker to Market and Sell Real Property (the "Application") with the Bankruptcy Court.

Debtor owns Gunnison Rising, a 600 acre, fully-entitled, multi-phased, mixed-use development approved for 1,700 residential units, more than 350,000 sf of retail, 350,000 sf of industrial space, plus acreage for commercial space and an RV park, all adjacent to Western Colorado University (the "Project") in Gunnison, Colorado. Prior to the Petition Date, Debtor executed an Exclusive Right-To-Sell Listing Contract (the "Project Listing Agreement") with Bluebird Real Estate and its broker, Brian Cooper (collectively, "Bluebird") and granted Bluebird an exclusive right to market and sell the Project through December 31, 2024. A copy of the Project Listing Agreement (including the legal description of the property subject to the Project Listing Agreement) is attached to the Application Exhibit 1. The Project Listing Agreement provides that in the event of a sale of the Project for which the buyer has an agent, Bluebird will be entitled to a commission of 5% of the gross purchase price, to be split equally between Bluebird and a buyer's agent, inclusive of out-of-pocket expenses. Prior to the Petition Date, Bluebird assisted Debtor with the sale of certain portions of the Project for which Bluebird received a commission.

In addition to the Project, Debtor owns approximately 87 acres of land zoned for agricultural use with a street address of 43110 US Highway 50 Gunnison, CO 81230 (the "Ranch"). Prior to the Petition Date, Debtor executed an Exclusive Right-To-Sell Listing Contract (the "Ranch Listing Agreement" and with the Project Listing Agreement, the "Listing Agreements") with Bluebird, and Bluebird listed the Ranch for sale for $2.9 million. A copy of the Ranch Listing Agreement, including all amendments, is attached to the Application as Exhibit 2. The Ranch Listing Agreement provides, among other things, that in the event of a sale of the Ranch for which the buyer has an agent, Bluebird will be entitled to a commission of 6% of the gross purchase price, to be split equally between Bluebird and a buyer's agent.

In the Application, Debtor seeks authority to employ Bluebird to market and sell the Project and the Ranch pursuant to the Listing Agreements. Debtor will seek Court approval of any sale of

all or part of the Project or the Ranch by separate Motion.

If you oppose the Motion, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Debtor at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: October 8, 2024              Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Gabrielle G. Palmer*
Andrew D. Johnson, #36879
Joli A. Lofstedt, Esq. #21946
Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7059
ajohnson@OFJlaw.com
joli@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Gunnison Valley Properties, LLC*