# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 24-15052 JGR |
| GUNNISON VALLEY PROPERTIES, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## STATUS REPORT

Gunnison Valley Properties, LLC ("Debtor"), through counsel, files this Status Report and states the following:

### CASE HISTORY

1.  Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code on August 28, 2024.

2.  Debtor is operating as a debtor-in-possession.

3.  No committee of creditors has been appointed.

4.  On August 30, 2024, the Court entered an Order to File Status Report, in which the Court directed the Debtor to file a status report on or before October 16, 2024 to address the following:

    1.  The nature of the Debtor's financial condition and the circumstances which precipitated the filing of this bankruptcy proceeding;

    2.  The Debtor's insurance coverage, tax liability, and other matters pertinent to the Debtor's reorganization;

    3.  The Debtor's operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case and any particularities of the case which require resolution;

    4.  A proposed schedule for the filing of any required amended schedules, a disclosure statement, plan or reorganization, a bar date for filing proofs of claim and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization.

[Docket No. 15]. Those topics are addressed below.

1

DEBTOR'S FINANCIAL CONDITION AND CIRCUMSTANCES LEADING TO BANKRUPTCY

*Debtor's Assets and Financial Condition*

5. Debtor owns Gunnison Rising,[1] a 600 acre, fully-entitled, multi-phase, mixed-use development approved for 1,700 residential units, and 920,000SF of commercial development, to include more than 350,000 sf of retail, 350,000 sf of industrial space, plus acreage for commercial space and an RV park, all adjacent to Western Colorado University (the "Project") in Gunnison, Colorado. A September 2023 as-is valuation of the Project was more than $61MM, while the face value of Debtor's secured debts is approximately $28MM.



6. The Project is Debtor's most significant asset and represents many years of work to assemble the real estate, work with key stakeholders, including the City, the County, the Gunnison community, and Western Colorado University, to create the conceptual vision for the Project, obtain the necessary approvals, including annexation into the City, perform the necessary design and engineering, and construct infrastructure in the short excavation season in Gunnison. Debtor is the horizontal developer, meaning upon completion of the necessary infrastructure work, Debtor intends to sell lots to builders or in bulk to vertical developers.

7. Debtor has received the necessary entitlements for the Project, including annexation by the City that includes approved zoning. As a multi-phase development, the Project

---

[1] https://gunnisonrising.com/

is intended to be completed in discrete portions over time. Prior to the bankruptcy case, Debtor completed a portion of the commercial/flex zoned development (the eastern-most portion of the Project south of Highway 50 called the "Government Campus") and sold lots to a builder who built and sold facilities to FEDEX and the Bureau of Land Management, which are now operating from their parcels. Along with annexation, Debtor entered into a Subdivision Improvements Agreement for the Government Campus that identifies the infrastructure, such as utilities and rights of way that will be made public. The Government Campus subdivision has been approved, but the remainder of the land in the Project is made up of a number of separate parcels, which, upon completion of the phase-specific infrastructure, will be replatted as subdivisions and subject to separate Subdivision Improvements Agreements.

8. Debtor anticipates seeking to assume a further amended Subdivision Improvements Agreement with the City related to the Government Campus (for which Debtor is in discussions with the City to extend the time to complete the work and identify the cost remaining to complete). Debtor estimates that approximately $1MM in infrastructure work remains to be completed at the Government Campus. A performance bond in favor of the City for this work remains outstanding.

9. The next phase of the Project to be completed is a residential portion, including single family, multi-family and income restricted housing. Based on market analyses, Debtor believes that there is significant unmet demand for housing in the City and particularly of the kind contemplated for the Project. Based on current entitlements for 1,700 residential units, Debtor believes that a substantial amount of residential inventory could be sold quickly after becoming available. However, certain additional infrastructure work at an estimated cost of approximately $15MM remains to be completed before Debtor can obtain approval of the subdivisions for the residential units and Debtor can sell residential lots. A material portion of the remaining infrastructure will require excavation in the weather-limited window available in Gunnison. The $15MM in infrastructure would serve a substantial portion of the Project, which would unlock Debtor's ability to sell residential and commercial lots as inventory. Conversely, until that infrastructure is complete (and the subdivision creating individual lots is approved), Debtor's ability to sell off only portions of the Project is limited and without Debtor's continued involvement, funding and completing the infrastructure would be difficult.

10. The Project contains a 5-acre parcel (the "5-Acre Parcel") that is subject to a deed restriction in favor of the City to provide 64 units of affordable housing (the "Deed Restriction"). In exchange for the affordable housing limitation in the Deed Restriction, the City agreed to provide certain infrastructure to the 5-Acre Parcel, including utilities. Because of the Deed Restriction and the City-provided utilities and infrastructure, the 5-Acre Parcel can move forward prior to the completion of the infrastructure described above. Debtor believes at least one builder is interested in purchasing the 5-Acre Parcel to construct and sell affordable housing. With Court approval, Debtor has hired an appraiser to value the 5-Acre Parcel.

11. Originally, Debtor's intention for financing a significant portion of the remaining infrastructure work included selling metro district bonds. Debtor created 7 metro districts which overlay the 600-acre development and worked with financial partners to compile the documents and information necessary to take the bonds to market. As interest rates rose in 2022 and 2023, the marketability of metro bonds was significantly impaired. However, Debtor remains prepared to

put the bonds on the market when market conditions have rebounded sufficiently. Debtor believes that approximately $6MM in costs incurred to date, plus substantial future expenses will be reimbursed when it sells the metro district bonds.

12. Part of the metro district and bond process required that Debtor obtain third-party valuations of the Project at various times. In September 2023, Debtor obtained a market analysis valuing the Project at no less than $61MM on an AS-IS basis, which accounts for the cost of the remaining infrastructure.

13. A portion of the Project is leased to I Bar Ranch LLC for $2,000/month or $24,000 annually, which operates a music and event venue.

14. Debtor believes that with access to capital, the critical on-site and off-site infrastructure could be completed in the 2025 construction season. Since this case was commenced, Debtor has already had in person meetings with Hilco Global at the Project and is discussing a potential DIP loan with another potential lender. Based on the relatively complex nature of the Project, Debtor anticipates it may take some time for these parties to digest the relevant documents and information for the Project and make proposals.

## Tomichi Materials LLC

15. Debtor owns approximately 95% of Tomichi Materials LLC ("Tomichi), which operates as a sand, gravel, and concrete manufacturer and supplier in Gunnison County. Tomichi owns the real estate on which its sand and gravel quarry are located, just south of Highway 50 and east of the Project. Tomichi also owns inventory, improvements, buildings, vehicles, equipment, and inventory.

16. Tomichi has historically up streamed approximately $750,000 per year to Debtor after expenses and Tomichi's debt service. Debtor is working on a potential transaction for the assets of Tomichi Materials LLC, which Debtor believes would provide significant funds for completing the remaining infrastructure and moving the Project forward. Tomichi is the primary source of Debtor's revenue.

## The Ranch Property

17. Debtor owns approximately 87 acres of land and associated water rights located on the south side of Highway 50 and sandwiched between the eastern part of the Project and abutting the western part of Tomichi's property (the "Ranch"). The Ranch is not part of the Project and is believed to have similar underground characteristics to the property owned by Tomichi, meaning the potential for a future expansion of sand and gravel quarry. The Ranch is currently marketed for sale at $2.9MM. A shop structure on the Ranch is leased for $2,200 per month.

Debtor's Debts

18. The following parties may have or claim a lien or interest in some or all of the Project pursuant to deeds of trust, mechanic's liens or purported mechanic's liens filed with the Gunnison County Clerk & Recorder:

| Creditor | Face Amount Owed[2] |
|---|---:|
| Biomedical Ventures, LLC ("Biomedical") | $6,000,000 |
| Biomedical | $4,000,000 |
| BMC Properties, LLC[3] | $6,800,000 |
| Crabtree Group Inc. | $186,300.67 |
| DDC, LLC d/b/a Dietrich Dirtworks, LLC | $3,789,285.88 |
| Isabelle Estates, Inc. | $7,125,199.61 |
| Spallone Construction, Inc. | $67,136.34 |
| Wesco Distribution, Inc. | $497,525.10 |
|  |  |
| **TOTAL** | **$28,465,447.60** |

19. The Ranch (not part of the Project) is subject to a deed of trust for the benefit of Gunnison Bank & Trust securing a debt of approximately $1.4MM.

20. Debtor's interest in Tomichi is subject to a lien for Independent Financial's loan to Tomichi Materials in the approximate amount of $3.4MM. Debtor guaranteed the loan to Tomichi.

21. United Fire & Casualty Company (the "Surety") as surety, and Debtor, as principal, are parties to a performance bond in favor of the City of Gunnison for certain infrastructure work in the original amount of $4,056,678.71 associated with the Government Campus. In the indemnity agreement, Debtor granted a security interest in certain personal property to Surety. Any debt owed to Surety is contingent and unliquidated and Debtor believes that Surety did not perfect any security interest. Debtor believes the cost of the remaining Government Campus infrastructure work is in the approximate range of $1MM.

22. Debtor scheduled approximately $9.7MM in unsecured debt, primarily to affiliates for loans.

*Circumstances Leading to the Bankruptcy*

23. In 2021, DDC LLC d/b/a Dietrich Dirtworks LLC ("DDC") performed certain limited scope excavation and earth moving work on the Project. DDC was paid in full for this

---

[2] These amounts are before interest accrual.
[3] Debtor notes that BMC Properties LLC and Isabelle Estates Inc. are owned and controlled by Byron R. Chrisman, one of the owners and managers of Debtor, who also owns the other approximately 5% of Tomichi.

5

work. To replace an excavating contractor that left the Project, in 2022, Debtor requested that DDC significantly increase the scope of DDC's work at Gunnison Rising. At that time, Debtor had significant pressure to complete certain infrastructure work for the Government Campus (portions of which were sold to FEDEX and BLM). DDC agreed and estimated the value of the work at approximately $4.0MM but DDC asserted that it lacked the time or resources to do a binding estimate for the cost of the work and could not therefore enter into a not-to-exceed contract. As a result, DDC and Debtor moved forward with an oral time and materials contract for excavation work DDC would perform for the 2022 construction season (the "2022 Scope of Work").[4]

24. During the 2022 construction DDC performed the 2022 Scope of Work and ensured that Debtor was able to timely deliver the lots to the builders for FEDEX and BLM. However, DDC did not send regular invoices to Debtor for the 2022 Scope of Work as that work was performed. Instead, DDC delivered nearly all of its invoices for the 2022 Scope of Work from December 2022 to January 2023. Upon reviewing the invoices delivered in December and January, Debtor discovered that the invoices totaled over $4.5MM which together with previous invoices, totaled approximately $7.7MM and was more than twice the amount that DDC had originally estimated. Debtor paid more than $4MM to DDC in 2022 and 2023 but lacked the cash to pay the remainder.

25. The inability to sell the metro district bonds and the unexpected increase in cost left Debtor with insufficient cash. As a result, in May 2023, Spallone Construction, Inc. ("Spallone"), another contractor on the Project, began a mechanic's lien foreclosure action in the District Court for Gunnison County, Colorado (the "Gunnison County Action"). Wesco Distribution Inc. ("Wesco"), a material supplier for the Project, was named as a defendant and asserted cross-claims to foreclose a mechanic's. DDC joined the Gunnison County Action and likewise asserted cross claims to foreclose a mechanic's lien, among other claims.

26. Debtor settled the claims of Spallone and Wesco, but Debtor and DDC were unable to resolve their disputes. Among other remaining disputes in the Gunnison County Action are: (a) whether DDC properly perfected a mechanic's lien, (b) whether absent a written contract for the work, DDC is entitled to the varying 18% and 24% interest rates provided on its invoices issued after the work was completed; and (c) the relative priority of the liens against the Project.

27. Trial in the Gunnison County Action was scheduled to occur in September 2024. Debtor filed this bankruptcy case to protect the value in the Project for the benefit of all creditors and stakeholders.

## THE DEBTOR'S INSURANCE COVERAGE, TAX LIABILITY, AND OTHER MATTERS PERTINENT TO THE DEBTOR'S REORGANIZATION

28. Debtor maintains appropriate liability and property insurance.

---

[4] Because of the high altitude, cold climate, and hard freezes in winter, excavation and earth moving in Gunnison is generally limited to April through mid-November each year.

29. As a limited liability company, Debtor does not pay income taxes. It has no employees and believes it is substantially current on tax filings. Debtor anticipates seeking Court approval to employ a CPA to perform Debtor's 2024 tax filings.

### FINANCIAL PROJECTIONS / PROFESSIONALS BUDGET AND ANY PARTICULARITIES OF THE CASE WHICH REQUIRE RESOLUTION

30. Debtor earns some monthly income from the shop lease at the Ranch and the I-Bar lease. However, Debtor's primary source of cash is from Tomichi. Attached as **Exhibit 1** is a budget identifying the sources and uses of cash during the case, including for professionals. Debtor notes that the cash from Tomichi is after accounting for payment of Tomichi's expenses and its debt service.

31. DDC filed a motion for relief from stay to continue with the Gunnison County Action. Debtor, DDC, and secured creditor Biomedical Ventures LLC, among others, agreed to limited relief from stay to permit the court in the Gunnison County Action to enter orders resolving three pending motions for summary judgment. The Court entered the agreed order.

32. As of the filing of this Status Report, Debtor does not anticipate material matters that will require resolution outside a plan, a potential DIP loan, or a sale process.

### AMENDED SCHEDULES, A PLAN OF REORGANIZATION, CLAIMS BAR DATE / OBJECTIONS TO CLAIMS AND, ANTICIPATED AVOIDANCE ACTIONS OR OTHER ADVERSARY PROCEEDINGS

33. Debtor's meeting of creditors occurred on October 2, 2024. Debtor identified a number of amendments to its schedules prior to and as a result of the meeting of creditors. Debtor anticipates filing amended schedules no later than October 25, 2024.

34. The 120-day exclusive period to file a plan of reorganization pursuant to 11 U.S.C. § 1121 expires December 26, 2024. Debtor intends to file a plan and disclosure statement by that date.

35. Debtor filed its motion to establish a claims bar date. The Court entered an order setting the deadline for non-governmental entities to file proofs of claim is November 1, 2024. [Docket No. 37].

36. At this time, Debtor does not believe any avoidance actions or adversary proceedings critical to the reorganization exist.

Dated: October 16, 2024         Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Andrew D. Johnson*
   Andrew D. Johnson, #36879
   Joli A. Lofstedt, Esq. #21946
   Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7061
ajohnson@OFJlaw.com
joli@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Gunnison Valley Properties, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| U.S. Trustee: | USTPRegion19.DV.ECF@usdoj.gov |
| Paul Moss | Paul.Moss@usdoj.gov |
| David Wadsworth | dwadsworth@wgwc-law.com |
| David Rich | dmrich@comcast.net |
| Ryan Blansett | rblansett@markuswilliams.com |
| Robert Lantz | rlantz@lantzlawgroup.com |
| Peter Cal | pcal@sah.com |
| John Young | jyoung@markuswilliams.com |

*s/ Andrew D. Johnson*

8

EXHIBIT 1

**Gunnison Rising Development Sources and Uses Cash Flow Budget Projection**
**10 Month Development Paused Minimal Budget**
**Sep 2024 to Jun 2025 Rev1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **SOURCES** | **Sep-24** | **Oct-24** | **Nov-24** | **Dec-24** | **Jan-25** | **Feb-25** | **Mar-25** | **Apr-25** | **May-25** | **Jun-25** |
| Tomichi Materials Net CF | $125,000 | $125,000 | $250,000 | $250,000 | | | | | | |
| I Bar Lease | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Ranch Shop Lease - Frame of Mind | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 |
| Hay Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,000 | $0 | $0 |
| | $129,200 | $129,200 | $254,200 | $254,200 | $4,200 | $4,200 | $4,200 | $5,200 | $4,200 | $4,200 |
| **TOTAL SOURCES** | **$129,200** | **$129,200** | **$254,200** | **$254,200** | **$4,200** | **$4,200** | **$4,200** | **$5,200** | **$4,200** | **$4,200** |
| **USES** | | | | | | | | | | |
| **Infrastructure Hard Costs** | | | | | | | | | | |
| All planned work deferred | | | | | | | | | | |
| Contingency | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Hard Costs** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Soft Costs - Infrastructure** | | | | | | | | | | |
| Civil Site Dev Enginerring - Kimley | | | | | | | | | | |
| CDOT Engineering - Kimley | | | | | | | | | | |
| FEMA Engineering - Kimley | | | | | | | | | | |
| Electrical Engineering - CC | | | | | | | | | | |
| Landscape Architect - SS & CCY | | | | | | | | | | |
| Bonding - Gallagher | $30,000 | | | | | | | | $30,000 | |
| City Fees & Planning Review Reimbursement | | | | | | | | | | |
| Misc Engineering / Contingency | | | | | | | | | $6,000 | |
| Total Infr. Soft Costs | $30,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $36,000 | $0 |
| **Soft Costs - Mktg/Mgmt/Legal/Planning** | | | | | | | | | | |
| Planning/Entitlements - Cascadia | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Legal / Professional | $35,000 | $20,000 | $15,000 | $15,000 | $10,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 |
| Accounting fees | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Insurance | $0 | $5,000 | $0 | $0 | $25,000 | $0 | $0 | $0 | $0 | $0 |
| Marketing & PR | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Management | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| Travel & Expenses | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Office Rent | $720 | $720 | $720 | $720 | $720 | $720 | $720 | $720 | $720 | $720 |
| Site Trailer | | | | | | | | | | |
| Ranch Expense | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| RE Tax | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $125,000 | $0 | $0 |
| Misc / Contingency | $4,922 | $4,922 | $4,922 | $4,922 | $4,922 | $4,922 | $4,922 | $4,922 | $4,922 | $4,922 |
| Total MMLP Soft Costs | $73,142 | $63,142 | $53,142 | $53,142 | $73,142 | $45,142 | $45,142 | $170,142 | $45,142 | $45,142 |
| **Total Soft Costs** | **$103,142** | **$63,142** | **$53,142** | **$53,142** | **$73,142** | **$45,142** | **$45,142** | **$170,142** | **$81,142** | **$45,142** |
| GBT Monthly Protection Payment | $11,666 | $11,666 | $11,666 | $11,666 | $11,666 | $11,666 | $11,666 | $11,666 | $11,666 | $11,666 |
| US Trustee's Quarterly Fee | $459 | | | $817.69 | | | $793.69 | | | $1,325.69 |
| **TOTAL USES** | **$103,142** | **$63,142** | **$53,142** | **$53,142** | **$73,142** | **$45,142** | **$45,142** | **$170,142** | **$81,142** | **$45,142** |
| **NET Cash Flow Before Financing/Debt Service** | $26,058 | $66,058 | $201,058 | $201,058 | ($68,942) | ($40,942) | ($40,942) | ($164,942) | ($76,942) | ($40,942) |
| **CUMMULATIVE NET CASH FLOW** | $26,058 | $92,116 | $293,174 | $494,232 | $425,290 | $384,348 | $343,406 | $178,464 | $101,522 | $60,580 |