# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| GUNNISON VALLEY PROPERTIES, LLC, | ) Case No. 24-15052-JGR |
| EIN: 45-3189891 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE OF APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR CHARLES A. PETERSON & ASSOCIATES LLC AS APPRAISER

### OBJECTION DEADLINE: NOVEMBER 14, 2024

YOU ARE HEREBY NOTIFIED that on October 22, 2024, Gunnison Valley Properties, LLC ("Debtor") filed its Application for Allowance and Payment of Compensation for Charles A. Peterson & Associates LLC as Appraiser (the "Fee Application") with the Bankruptcy Court.

Debtor owns Gunnison Rising, a 600 acre, fully-entitled, multi-phased, mixed-use development approved for 1,700 residential units, more than 350,000 sf of retail, 350,000 sf of industrial space, plus acreage for commercial space and an RV park, all adjacent to Western Colorado University (the "Project") in Gunnison, Colorado. The Project consists of various parcels, one of which is a 5-acre parcel (the "5-Acre Parcel") that is subject to a deed restriction in favor of the City to provide 64 units of affordable housing (the "Deed Restriction"). In exchange for the affordable housing limitation in the Deed Restriction, the City has agreed to provide certain infrastructure to the 5-Acre Parcel, including utilities. Debtor is interested in selling the 5-Acre Parcel for its appraised value. Therefore, on October 14, 2024, Debtor filed its Application to Employ Charles A. Peterson & Associates LLC as Appraiser (the "Employment Application") [Docket No. 62]. The Court granted the Application on October 15, 2024 [Docket No. 63].

In the Fee Application, Debtor requested authority to pay the Appraiser a flat fee of $1,500.00 for its appraisal of the 5-Acre Parcel, which was delivered to representatives of Debtor on October 22, 2024.

If you oppose the Motion, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Debtor at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: October 24, 2024	Respectfully submitted,

**O**NSAGER | **F**LETCHER | **J**OHNSON | **P**ALMER LLC

*s/ Gabrielle G. Palmer*
Andrew D. Johnson, #36879
Joli A. Lofstedt, Esq. #21946
Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7059
ajohnson@OFJlaw.com
joli@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Gunnison Valley Properties, LLC*

2