**Fill in this information to identify the case:**

Debtor name: **Gunnison Valley Properties LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **24-15052-JGR**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................  $ **64,421,589.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................  $ **14,803,630.13**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................  $ **79,225,219.13**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................  $ **32,637,908.17**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............  +$ **10,128,184.25**

4. **Total liabilities** .................................................................................................................  $ **42,766,092.42**
   Lines 2 + 3a + 3b