## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| GUNNISON VALLEY PROPERTIES LLC, ) | Case No. 24-15052 JGR |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF APPEARANCE, REQUEST FOR NOTICES,
### AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that Creditor The Gunnison Bank and Trust Company ("GB&T") appears herein through counsel, Chad S. Caby of Lewis Roca Rothgerber Christie LLP, pursuant to FED. R. BANKR. P. 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342. GB&T requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Chad S. Caby, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1601 19th Street, Suite 1000
Denver, CO  80202
Email: ccaby@lewisroca.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Trustee reports, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether filed, transmitted or conveyed electronically, by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect, in any way, any rights or interests of creditors with respect to (a) the Debtor, or (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) this party's right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) this party's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs,

or recoupments to which this party is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Respectfully submitted November 12, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Chad S. Caby*
Chad S. Caby, No. 30927
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: 303-628-9583
Fax: 303-623-9222
E-mail: ccaby@lewisroca.com

*Attorneys for The Gunnison Bank and Trust Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 12, 2024, the foregoing **NOTICE OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS** was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

Andrew D. Johnson, Esq.
Joli A. Lofstedt, Esq.
Gabrielle Palmer, Esq.
Onsager Fletcher Johnson LLC
600 17th St., Ste. 425N
Denver, CO 80202
Via: CM/ECF

*Counsel for Debtor*

Paul Moss, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294

*Counsel for U.S. Trustee*


    *s/ Jennifer Eastin*
    Of: Lewis Roca Rothgerber Christie LLP