UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-15052-JGR |
| GUNNISON VALLEY PROPERTIES, LLC, | ) | Chapter 11 |
| EIN: 45-3189891 | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR CHARLES A. PETERSON & ASSOCIATES LLC AS APPRASIER**

THIS MATTER having come before the Court on the Application for Allowance and Payment of Compensation for Charles A. Peterson & Associates LLC as Appraiser (the "Application")[1] filed by Gunnison Valley Properties, LLC ("Debtor"), and the Court, having reviewed the Application and no other responsive pleadings or objections having been filed and sustained by the Court, and the Court being fully advised in the premises, it is hereby

ORDERED that the Application is approved; Charles A. Peterson & Associates LLC ("Applicant"), shall be allowed 100% of its fees in the amount of $1,500.00 incurred during the period of October 15, 2024 through October 22, 2024; and

IT IS FURTHER ORDERED that the Debtor is authorized, but not obligated, to pay Applicant $1,500.00 for services rendered in this case at such time and in such amounts the Debtor deems appropriate.

Dated: ___November 19__, 2024        BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge

---

[1] All terms not otherwise defined herein shall have the meaning set forth in the Application.