# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Colorado

In Re. Gunnison Valley Properties LLC

§
§
§
§

Debtor(s)

Case No.  24-15052

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2024

Petition Date: 08/28/2024

Months Pending: 2

Industry Classification: | 5 | 3 | 1 | 3 |

Reporting Method:                Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):      0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☒        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☐        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Gabrielle G. Palmer
Signature of Responsible Party

11/21/2024
Date

Gabrielle G. Palmer
Printed Name of Responsible Party

600 17th St. Suite 425N
Denver, CO 80202
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Gunnison Valley Properties LLC                                    Case No.  24-15052

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $11,302 | |
| b. Total receipts (net of transfers between accounts) | $52,000 | $148,400 |
| c. Total disbursements (net of transfers between accounts) | $1,007 | $111,373 |
| d. Cash balance end of month (a+b-c) | $62,295 | |
| e. Disbursements made by third party for the benefit of the estate | $11,666 | $11,666 |
| f. Total disbursements for quarterly fee calculation (c+e) | $12,673 | $123,039 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $20,642 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $3,105 |
| c. Inventory      (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $310,371 |
| e. Total assets | $79,225,219 |
| f. Postpetition payables (excluding taxes) | $201,654 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $201,654 |
| k. Prepetition secured debt | $32,637,908 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $10,128,184 |
| n. Total liabilities (debt) (j+k+l+m) | $42,967,746 |
| o. Ending equity/net worth (e-n) | $36,257,473 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $2,000 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $2,000 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $153,014 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-151,417 | $-1,223,283 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Gunnison Valley Properties LLC

Case No.  24-15052

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Onsager Fletcher Johnson Palm | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Charles A. Peterson & Associat | Other | $0 | $0 | $0 | $0 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Gunnison Valley Properties LLC                    Case No.  24-15052

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Gunnison Valley Properties LLC                                                    Case No.  24-15052

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name  Gunnison Valley Properties LLC                    Case No.  24-15052

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Gunnison Valley Properties LLC                    Case No.  24-15052

| | | | | | |
|------|--|--|--|--|--|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Gunnison Valley Properties LLC                                    Case No.  24-15052

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

<br>

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)       Yes ⦿   No ◯

b.   Were any payments made outside the ordinary course of business       Yes ◯   No ⦿
without court approval?  (if yes, see Instructions)

c.   Were any payments made to or on behalf of insiders?       Yes ⦿   No ◯

d.   Are you current on postpetition tax return filings?       Yes ⦿   No ◯

e.   Are you current on postpetition estimated tax payments?       Yes ⦿   No ◯

f.   Were all trust fund taxes remitted on a current basis?       Yes ⦿   No ◯

g.   Was there any postpetition borrowing, other than trade credit?       Yes ⦿   No ◯
(if yes, see Instructions)

h.   Were all payments made to or on behalf of professionals approved by       Yes ◯   No ◯   N/A ⦿
the court?

i.   Do you have:          Worker's compensation insurance?       Yes ◯   No ⦿

               If yes, are your premiums current?       Yes ◯   No ◯   N/A ⦿   (if no, see Instructions)

          Casualty/property insurance?       Yes ⦿   No ◯

               If yes, are your premiums current?       Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

          General liability insurance?       Yes ⦿   No ◯

               If yes, are your premiums current?       Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?       Yes ◯   No ⦿

k.   Has a disclosure statement been filed with the court?       Yes ◯   No ⦿

l.   Are you current with quarterly U.S. Trustee fees as       Yes ⦿   No ◯
set forth under 28 U.S.C. § 1930?

Debtor's Name  Gunnison Valley Properties LLC                                  Case No.  24-15052

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Byron R. Chrisman
Signature of Responsible Party

Manager
Title

Byron R. Chrisman
Printed Name of Responsible Party

11/21/2024
Date

Debtor's Name  Gunnison Valley Properties LLC                                           Case No.  24-15052



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Gunnison Valley Properties LLC                                    Case No.  24-15052

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Gunnison Valley Properties LLC                              Case No.  24-15052



PageThree



PageFour

**Attachment to Monthly Operating Report for October 2024**
**Gunnison Valley Properties, LLC, Case No. 24-15052 JGR**

<u>General</u>

The financial statements attached to this Monthly Operating Report reflect the information in Debtor's accounting system at the time the reports were created, but the reports may not match the information in Debtor's bankruptcy schedules. Interested parties should review Debtor's schedules (as such schedules may be amended from time to time) for information about Debtor's assets and liabilities.

<u>Part 1, Questions A, B and C</u>

Debtor owns an approximately 95% interest in Tomichi Materials LLC ("<u>Tomichi</u>"). On September 26, 2024 and September 27, 2024, Debtor inadvertently initiated payments of $18,475.40 each to cover certain Tomichi expenses. These expenses were intended to be paid from Tomichi's bank accounts. On September 30, 2024, Tomichi transferred $4,449.90 and $14,000 to Debtor to cover the $18,475.40 payment from Debtor's account for Tomichi's expenses. However, since the payments did not clear, the $18,449.90 was returned (or will be returned) to Tomichi in October. These receipts and disbursements are not included in the total amount of receipts and disbursements on this monthly operating report or the monthly operating report for September, and the $18,449.90 is not included in the total reported as Debtor's cash balance at the beginning of October.

In addition, on October 2, 2024, Debtor inadvertently paid a bill in the amount of $1,596.85 that was owed by Tomichi. On the same date, Tomichi reimbursed Debtor for this payment. This payment is also not included in the total amount of receipts and disbursements on this monthly operating report.

<u>Part 2, Question F</u>

Debtor has not yet determined whether the debts included in the total amount of postpetition payables are entitled to be treated as administrative expenses. In addition, this report does not include certain administrative expenses (such as attorney's fees) that have not yet been approved. See explanation for Part 2, Question J below.

<u>Part 2, Question E</u>

The value of Debtor's assets as disclosed in Part 2, Question E is the scheduled value of Debtor's assets and not the value set forth on Debtor's balance sheet. Interested parties should review Debtor's schedules for information about the value of Debtor's assets.

### Part 2, Question J

Fees that may be owed to Debtor's approved professionals for the period covered by this report do not appear in the total amount of post-petition debt because Debtor was not authorized to pay its professionals pursuant to any interim compensation order and no fee applications have been filed or approved. Fees that may be owed to the United States Trustee's office may also not appear in this report.

### Part 2, Question K

Debtor notes that the total amount of secured debts shown on this report matches the total amount of its secured debts shown on its schedules. However, Debtor also notes that pursuant to a state court order, Dietrich Dirtworks does not have a lien on Debtor's assets.

### Part 2, Questions H-M

Interested parties should review Debtor's schedules (as such schedules may be amended from time to time) for information about Debtor's prepetition liabilities.

### Part 7, Question G

In October 2024, Tomichi advanced $50,000 to Debtor, which advance is treated as a loan from Tomichi to Debtor.

| DATE | DEP/CHECK # | PAYEE | DEBIT | CREDIT | PURPOSE |
|---|---|---|---|---|---|
| | | **GUNNISON VALLEY PROPERTIES, LLC** | | | |
| | | **OCTOBER 1- 31, 2024 CLEARED CASH RECEIPTS AND DISBURSEMENTS** | | | |
| | | | | | |
| | | | | | |
| | | **BOK CHECKING ACCOUNT (2918)** | | | |
| 10/1/2024 | Start Balance | | | 2,766.78 | |
| 10/16/2024 | Depost-Wire | Tomichi Materials | | 50,000.00 | Loan advance from Tomichi Materials |
| 10/24/2024 | 3454 | Gunnison County Electric Association | 470.92 | | Sep 2024 Ranch house electricity service charge |
| 10/25/2024 | 3453 | Golden Eagle Trash | 220.00 | | Aug & Sept 2024  Ranch house trash service charge |
| 10/29/2024 | 3452 | City of Gunnison | 281.28 | | Sep & Oct 2024 Dog Park Lift station eletricity service charge |
| | | **TOTAL** | **972.20** | **50,000.00** | |
| 10/31/2024 | End Balance | | | 51,794.58 | |
| | | | | | |
| | | **BOK INVESTOR ACCOUNT (0411)** | | | |
| 10/1/2024 | Start Balance | | | 3,313.93 | |
| 10/2/2024 | Deposit-Wire | I Bar, Inc. Oct 2024 lease payment | | 2,000.00 | |
| 10/15/2024 | Debit | Bok Financial Analysis fee | 31.93 | | |
| | | **TOTAL** | **31.93** | **2,000.00** | |
| 10/31/2024 | End Balance | | | 5,282.00 | |
| | | | | | |
| | | **BMO CHECKING ACCOUNT (7510)** | | | |
| 10/1/2024 | Start Balance | | | 23,670.95 | |
| 10/2/2024 | 504 | Armada Logistics | 1,596.85 | | This transfer is not included in the calculation of Debtor's total disbursements. See attachment for details. |
| 10/2/2024 | Transfer In | Reimbursement from Tomichi Materials for Tomichi bill paid by GVP on _____ | | 1,596.85 | This transfer is not included in the calculation of Debtor's total receipts. See attachment for details. |
| 10/2/2024 | Transfer Out | Tomichi Materials | 18,449.90 | | This transfer is not included in the calculation of Debtor's total disbursements. See attachment for details. |
| 10/31/2024 | Debit | Paper statement fee | 3.00 | | |
| | | **TOTAL** | **20,049.75** | **1,596.85** | |
| 10/31/2024 | End Balance | | | 5,218.05 | |
| | | | | | |
| | | | | | |
| | | **TOTAL ALL ACCOUNTS** | **21,053.88** | **53,596.85** | |
| | | Less Tomichi Transactions | 1,007.13 | 52,000.00 | |

**Gunnison Valley Properties, LLC**
**Balance Sheet Detail**
**As of October 31, 2024**

9:13 AM

11/08/24

Accrual Basis

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **ASSETS** | | | | | | | | 23,487,939.19 |
| **Current Assets** | | | | | | | | 278,498.31 |
| **Checking/Savings** | | | | | | | | 29,751.66 |
| **1012 · Cash In Checking-BOK** | | | | | | | | 2,766.78 |
| Deposit | 10/16/24 | | | Deposit | X | 2465 · Note Pa... | 50,000.00 | 52,766.78 |
| Check | 10/18/24 | 3455 | Jurgens Inc dba Tay... | VOID: See de... | X | 1338 · G.R. Inf... | 0.00 | 52,766.78 |
| Bill Pmt -Check | 10/18/24 | 3456 | Office of the U.S. Tr... | Account #821... | | 20000 · *Acco... | (250.00) | 52,516.78 |
| Bill Pmt -Check | 10/18/24 | 3452 | City Of Gunnison | | X | 20000 · *Acco... | (281.28) | 52,235.50 |
| Bill Pmt -Check | 10/18/24 | 3453 | Golden Eagle Trash | Ranch trash s... | X | 20000 · *Acco... | (110.00) | 52,125.50 |
| Bill Pmt -Check | 10/18/24 | 3454 | Gunnison County El... | Ranch electric... | X | 20000 · *Acco... | (470.92) | 51,654.58 |
| Bill Pmt -Check | 10/18/24 | 3453 | Golden Eagle Trash | Ranch trash s... | X | 20000 · *Acco... | (110.00) | 51,544.58 |
| Bill Pmt -Check | 10/30/24 | 3457 | Gunnison County El... | Ranch electric... | | 20000 · *Acco... | (420.37) | 51,124.21 |
| **Total 1012 · Cash In Checking-BOK** | | | | | | | 48,357.43 | 51,124.21 |
| **1022 · Cash In Money Market-BOK** | | | | | | | | 3,313.93 |
| Deposit | 10/02/24 | | | Deposit | X | 4100 · Rental I... | 2,000.00 | 5,313.93 |
| Check | 10/15/24 | EFT | BOK Financial | Account Anal... | X | 6080 · Bank C... | (31.93) | 5,282.00 |
| **Total 1022 · Cash In Money Market-BOK** | | | | | | | 1,968.07 | 5,282.00 |
| **1032 · Cash in Checking-BMO** | | | | | | | | 23,670.95 |
| Check | 10/01/24 | 5004 | Armada Logistics | Tomichi expe... | | 6440 · Miscella... | (1,596.85) | 22,074.10 |
| Check | 10/02/24 | TRAN... | Tomichi Materials, L... | Return unuse... | | 6440 · Miscella... | (18,449.90) | 3,624.20 |
| Deposit | 10/02/24 | | | Deposit | | 7050 · Miscella... | 1,596.85 | 5,221.05 |
| Check | 10/31/24 | DEBIT | BMO Bank N.A. | Paper Statem... | | 6080 · Bank C... | (3.00) | 5,218.05 |
| **Total 1032 · Cash in Checking-BMO** | | | | | | | (18,452.90) | 5,218.05 |
| Total Checking/Savings | | | | | | | 31,872.60 | 61,624.26 |
| **Accounts Receivable** | | | | | | | | 23,746.65 |
| **11000 · *Accounts Receivable** | | | | | | | | 23,746.65 |
| Total 11000 · *Accounts Receivable | | | | | | | | 23,746.65 |
| Total Accounts Receivable | | | | | | | | 23,746.65 |
| **Other Current Assets** | | | | | | | | 225,000.00 |
| **1040 · Accounts Receivable** | | | | | | | | 0.00 |
| Total 1040 · Accounts Receivable | | | | | | | | 0.00 |
| **1120 · Real Estate Tax Escrow** | | | | | | | | 0.00 |
| Total 1120 · Real Estate Tax Escrow | | | | | | | | 0.00 |
| **1150 · Reserve for Marketing** | | | | | | | | 0.00 |
| Total 1150 · Reserve for Marketing | | | | | | | | 0.00 |
| **1200 · Notes Receivable** | | | | | | | | 225,000.00 |
| **1205 · The Byron R. Chrisman Trust** | | | | | | | | 0.00 |
| Total 1205 · The Byron R. Chrisman Trust | | | | | | | | 0.00 |
| **1207 · Richard Bratton** | | | | | | | | 225,000.00 |
| Total 1207 · Richard Bratton | | | | | | | | 225,000.00 |
| **1209 · Corporate Place, LLC** | | | | | | | | 0.00 |
| Total 1209 · Corporate Place, LLC | | | | | | | | 0.00 |
| **1200 · Notes Receivable - Other** | | | | | | | | 0.00 |
| Total 1200 · Notes Receivable - Other | | | | | | | | 0.00 |
| Total 1200 · Notes Receivable | | | | | | | | 225,000.00 |
| **12000 · Undeposited Funds** | | | | | | | | 0.00 |
| Total 12000 · Undeposited Funds | | | | | | | | 0.00 |
| **12100 · Inventory Asset** | | | | | | | | 0.00 |
| Total 12100 · Inventory Asset | | | | | | | | 0.00 |
| Total Other Current Assets | | | | | | | | 225,000.00 |
| Total Current Assets | | | | | | | 31,872.60 | 310,370.91 |
| **Fixed Assets** | | | | | | | | 20,555,381.18 |
| **1300 · Land** | | | | | | | | 19,966,504.36 |
| **1302 · Mountain Side - 414a** | | | | | | | | 0.00 |
| Total 1302 · Mountain Side - 414a | | | | | | | | 0.00 |
| **1310 · Multi-Family - 13a** | | | | | | | | 0.00 |
| Total 1310 · Multi-Family - 13a | | | | | | | | 0.00 |

9:13 AM

11/08/24

Accrual Basis

**Gunnison Valley Properties, LLC**
**Balance Sheet Detail**
**As of October 31, 2024**

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **1326 · Ranch & Improvements - 90a** | | | | | | | | 1,482,186.99 |
| Bill | 10/16/24 | | Gunnison County El... | Ranch electric... | | 20000 · *Acco... | 420.37 | 1,482,607.36 |
| Total 1326 · Ranch & Improvements - 90a | | | | | | | 420.37 | 1,482,607.36 |
| **1327 · Ranch-Section 754** | | | | | | | | 162,911.18 |
| Total 1327 · Ranch-Section 754 | | | | | | | | 162,911.18 |
| **1328 · Sand & Gravel - 130a** | | | | | | | | 0.00 |
| Total 1328 · Sand & Gravel - 130a | | | | | | | | 0.00 |
| **1330 · Other Land-Section 754** | | | | | | | | 1,810,940.59 |
| Total 1330 · Other Land-Section 754 | | | | | | | | 1,810,940.59 |
| **1332 · G.R. Infrastructure 2 of 2** | | | | | | | | 663,504.93 |
| Total 1332 · G.R. Infrastructure 2 of 2 | | | | | | | | 663,504.93 |
| **1336 · Quonset Hut** | | | | | | | | 0.00 |
| Total 1336 · Quonset Hut | | | | | | | | 0.00 |
| **1338 · G.R. Infrastructure 1 of 2** | | | | | | | | 11,415,998.77 |
| Check | 10/18/24 | 3455 | Jurgens Inc dba Tay... | Invoice #629... | X | 1012 · Cash In ... | 0.00 | 11,415,998.77 |
| Bill | 10/21/24 | | Charles A. Peterson... | 10/21/24 Invoi... | | 20000 · *Acco... | 1,500.00 | 11,417,498.77 |
| Total 1338 · G.R. Infrastructure 1 of 2 | | | | | | | 1,500.00 | 11,417,498.77 |
| **1340 · G.R. Elec Substation** | | | | | | | | 4,270,301.90 |
| Bill | 10/04/24 | | City Of Gunnison | Acct #405510... | | 20000 · *Acco... | 139.05 | 4,270,440.95 |
| Total 1340 · G.R. Elec Substation | | | | | | | 139.05 | 4,270,440.95 |
| **1345 · G.R. Metro Dist #1 Expenses** | | | | | | | | 160,560.00 |
| Total 1345 · G.R. Metro Dist #1 Expenses | | | | | | | | 160,560.00 |
| **1346 · G.R. Metro Dist #3 Expenses** | | | | | | | | 100.00 |
| Total 1346 · G.R. Metro Dist #3 Expenses | | | | | | | | 100.00 |
| **1300 · Land - Other** | | | | | | | | 0.00 |
| Total 1300 · Land - Other | | | | | | | | 0.00 |
| Total 1300 · Land | | | | | | | 2,059.42 | 19,968,563.78 |
| **1400 · Buildings & Improvements** | | | | | | | | 798,288.82 |
| Total 1400 · Buildings & Improvements | | | | | | | | 798,288.82 |
| **1450 · .    Accum Depr-Building** | | | | | | | | (209,412.00) |
| Total 1450 · .    Accum Depr-Building | | | | | | | | (209,412.00) |
| **1500 · Tenant Improvements** | | | | | | | | 0.00 |
| Total 1500 · Tenant Improvements | | | | | | | | 0.00 |
| **1550 · .    Accum Depr-Tenant Imp** | | | | | | | | 0.00 |
| Total 1550 · .    Accum Depr-Tenant Imp | | | | | | | | 0.00 |
| **1700 · Organizational Cost** | | | | | | | | 14,880.68 |
| Total 1700 · Organizational Cost | | | | | | | | 14,880.68 |
| **1750 · .    Accum Amort-Org Cost** | | | | | | | | (14,880.68) |
| Total 1750 · .    Accum Amort-Org Cost | | | | | | | | (14,880.68) |
| Total Fixed Assets | | | | | | | 2,059.42 | 20,557,440.60 |
| **Other Assets** | | | | | | | | 2,654,059.70 |
| **1250 · Investment in Tomichi Materials** | | | | | | | | 1,922,451.07 |
| Total 1250 · Investment in Tomichi Materials | | | | | | | | 1,922,451.07 |
| **1255 · Investment in Tomichi-Sctn 754** | | | | | | | | 708,569.68 |
| Total 1255 · Investment in Tomichi-Sctn 754 | | | | | | | | 708,569.68 |
| **1600 · Prepaid Expenses of Sale** | | | | | | | | 0.00 |
| Total 1600 · Prepaid Expenses of Sale | | | | | | | | 0.00 |
| **1800 · Loan Costs** | | | | | | | | 24,364.95 |
| Total 1800 · Loan Costs | | | | | | | | 24,364.95 |
| **1850 · .    Accum Amort-Loan Costs** | | | | | | | | (1,326.00) |
| Total 1850 · .    Accum Amort-Loan Costs | | | | | | | | (1,326.00) |
| **1900 · Commission Costs** | | | | | | | | 0.00 |
| Total 1900 · Commission Costs | | | | | | | | 0.00 |

**9:13 AM**

**11/08/24**

**Accrual Basis**

**Gunnison Valley Properties, LLC**
## Balance Sheet Detail
### As of October 31, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **1950 · Accum Amort-Comm Costs** | | | | | | | | 0.00 |
| Total 1950 · Accum Amort-Comm Costs | | | | | | | | 0.00 |
| | | | | | | | | |
| Total Other Assets | | | | | | | | 2,654,059.70 |
| | | | | | | | | |
| **TOTAL ASSETS** | | | | | | | **33,932.02** | **23,521,871.21** |
| | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | 23,487,939.19 |
| **Liabilities** | | | | | | | | 30,374,405.77 |
| **Current Liabilities** | | | | | | | | 18,944,400.21 |
| **Accounts Payable** | | | | | | | | 9,444,476.84 |
| **20000 · *Accounts Payable** | | | | | | | | 9,444,476.84 |
| Bill | 10/01/24 | | Hoskin Farina & Ka... | October | | 6465 · Rent Ex... | 728.67 | 9,445,205.51 |
| Bill | 10/03/24 | | Office of the U.S. Tr... | Account #821... | | 6010 · Bankru... | 250.00 | 9,445,455.51 |
| Bill | 10/04/24 | | City Of Gunnison | Acct #405510... | | 1340 · G.R. El... | 139.05 | 9,445,594.56 |
| Bill | 10/05/24 | | Gunnison Bank & Tr... | Loan #19489 | | -SPLIT- | 12,249.03 | 9,457,843.59 |
| Bill | 10/09/24 | | BMC Properties LLC | Oct 2024 inter... | | 6240 · Interest ... | 57,126.51 | 9,514,970.10 |
| Bill | 10/10/24 | | Isabelle Estates, Inc. | Oct 2024 inter... | | 6240 · Interest ... | 60,337.95 | 9,575,308.05 |
| Bill | 10/16/24 | | Gunnison County El... | Ranch electric... | | 1326 · Ranch ... | 420.37 | 9,575,728.42 |
| Bill Pmt -Check | 10/18/24 | 3456 | Office of the U.S. Tr... | Account #821... | | 1012 · Cash In ... | (250.00) | 9,575,478.42 |
| Bill Pmt -Check | 10/18/24 | 3452 | City Of Gunnison | | | 1012 · Cash In ... | (281.28) | 9,575,197.14 |
| Bill Pmt -Check | 10/18/24 | 3453 | Golden Eagle Trash | Ranch trash s... | | 1012 · Cash In ... | (110.00) | 9,575,087.14 |
| Bill Pmt -Check | 10/18/24 | 3454 | Gunnison County El... | Ranch electric... | | 1012 · Cash In ... | (470.92) | 9,574,616.22 |
| Bill Pmt -Check | 10/18/24 | 3453 | Golden Eagle Trash | Ranch trash s... | | 1012 · Cash In ... | (110.00) | 9,574,506.22 |
| Bill | 10/21/24 | | Charles A. Peterson... | 10/21/24 Invoi... | | -SPLIT- | 1,500.00 | 9,576,006.22 |
| Bill | 10/29/24 | | Sara L Bradbury | 10/29/24 inter... | | 6240 · Interest ... | 4,750.00 | 9,580,756.22 |
| Bill Pmt -Check | 10/30/24 | 3457 | Gunnison County El... | Ranch electric... | | 1012 · Cash In ... | (420.37) | 9,580,335.85 |
| Bill | 10/31/24 | | Chrisman Commerci... | Oct accountin... | | 6020 · Account... | 3,000.00 | 9,583,335.85 |
| Bill | 10/31/24 | | The Byron R. Chris... | Oct 2024 inter... | | 6240 · Interest ... | 8,156.21 | 9,591,492.06 |
| | | | | | | | | |
| Total 20000 · *Accounts Payable | | | | | | | 147,015.22 | 9,591,492.06 |
| | | | | | | | | |
| Total Accounts Payable | | | | | | | 147,015.22 | 9,591,492.06 |
| | | | | | | | | |
| **Credit Cards** | | | | | | | | 0.00 |
| Total Credit Cards | | | | | | | | 0.00 |
| | | | | | | | | |
| **Other Current Liabilities** | | | | | | | | 9,499,923.37 |
| **2100 · Payroll Liabilities** | | | | | | | | 0.00 |
| Total 2100 · Payroll Liabilities | | | | | | | | 0.00 |
| | | | | | | | | |
| **2250 · Accounts Payable** | | | | | | | | 0.00 |
| Total 2250 · Accounts Payable | | | | | | | | 0.00 |
| | | | | | | | | |
| **2300 · Tenant Security Deposits** | | | | | | | | 0.00 |
| Total 2300 · Tenant Security Deposits | | | | | | | | 0.00 |
| | | | | | | | | |
| **2400 · Real Estate Tax Payable** | | | | | | | | 2,694.20 |
| Total 2400 · Real Estate Tax Payable | | | | | | | | 2,694.20 |
| | | | | | | | | |
| **2410 · Note Payable-BM Ferguson Trust** | | | | | | | | 0.00 |
| Total 2410 · Note Payable-BM Ferguson Trust | | | | | | | | 0.00 |
| | | | | | | | | |
| **2420 · Note Payable-The BRC Trust** | | | | | | | | 1,671,229.17 |
| Total 2420 · Note Payable-The BRC Trust | | | | | | | | 1,671,229.17 |
| | | | | | | | | |
| **2430 · Note Payable- P & J Varra** | | | | | | | | 0.00 |
| Total 2430 · Note Payable- P & J Varra | | | | | | | | 0.00 |
| | | | | | | | | |
| **2440 · Note Payable-S Carlene Chrisman** | | | | | | | | 0.00 |
| Total 2440 · Note Payable-S Carlene Chrisman | | | | | | | | 0.00 |
| | | | | | | | | |
| **2450 · Note Payable - Hilary Petersen** | | | | | | | | 0.00 |
| Total 2450 · Note Payable - Hilary Petersen | | | | | | | | 0.00 |
| | | | | | | | | |
| **2455 · Note Payable - Richard Bratton** | | | | | | | | 0.00 |
| Total 2455 · Note Payable - Richard Bratton | | | | | | | | 0.00 |
| | | | | | | | | |
| **2460 · Note Payable - Donna R. Bratton** | | | | | | | | 0.00 |
| Total 2460 · Note Payable - Donna R. Bratton | | | | | | | | 0.00 |
| | | | | | | | | |
| **2465 · Note Payable-Tomichi Materials** | | | | | | | | 1,251,000.00 |
| Deposit | 10/16/24 | | Tomichi Materials LLC | Loan | | 1012 · Cash In ... | 50,000.00 | 1,301,000.00 |
| | | | | | | | | |
| Total 2465 · Note Payable-Tomichi Materials | | | | | | | 50,000.00 | 1,301,000.00 |
| | | | | | | | | |
| **2470 · Note Payable - BMC Prop** | | | | | | | | 6,000,000.00 |
| Total 2470 · Note Payable - BMC Prop | | | | | | | | 6,000,000.00 |
| | | | | | | | | |
| **2475 · Note Payable - BMC Properties** | | | | | | | | 0.00 |
| Total 2475 · Note Payable - BMC Properties | | | | | | | | 0.00 |

**Gunnison Valley Properties, LLC**
**Balance Sheet Detail**
**As of October 31, 2024**

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **2525 · Note Payable - G A & C Petersen** | | | | | | | | 100,000.00 |
| Total 2525 · Note Payable - G A & C Petersen | | | | | | | | 100,000.00 |
| | | | | | | | | |
| **2550 · Note Payable-Sara L. Bradbury** | | | | | | | | 475,000.00 |
| Total 2550 · Note Payable-Sara L. Bradbury | | | | | | | | 475,000.00 |
| | | | | | | | | |
| Total Other Current Liabilities | | | | | | | 50,000.00 | 9,549,923.37 |
| | | | | | | | | |
| Total Current Liabilities | | | | | | | 197,015.22 | 19,141,415.43 |
| | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | 11,430,005.56 |
| **2480 · Gunnison Bank & Trust Loan** | | | | | | | | 1,430,005.56 |
| Bill | 10/05/24 | | Gunnison Bank & Tr... | Loan #19489 | | 20000 · *Acco... | (11,665.74) | 1,418,339.82 |
| | | | | | | | | |
| Total 2480 · Gunnison Bank & Trust Loan | | | | | | | (11,665.74) | 1,418,339.82 |
| | | | | | | | | |
| **2500 · Mortgage Payable** | | | | | | | | 0.00 |
| Total 2500 · Mortgage Payable | | | | | | | | 0.00 |
| | | | | | | | | |
| **2510 · Note Payable-Biomedical Venture** | | | | | | | | 10,000,000.00 |
| Total 2510 · Note Payable-Biomedical Venture | | | | | | | | 10,000,000.00 |
| | | | | | | | | |
| Total Long Term Liabilities | | | | | | | (11,665.74) | 11,418,339.82 |
| | | | | | | | | |
| Total Liabilities | | | | | | | 185,349.48 | 30,559,755.25 |
| | | | | | | | | |
| **Equity** | | | | | | | | (6,886,466.58) |
| **2999 · Opening Balance Equity** | | | | | | | | 0.00 |
| Total 2999 · Opening Balance Equity | | | | | | | | 0.00 |
| | | | | | | | | |
| **3000 · MemberCapital-E Angelo** | | | | | | | | 0.00 |
| Total 3000 · MemberCapital-E Angelo | | | | | | | | 0.00 |
| | | | | | | | | |
| **3050 · MemberCapital-DR Bratton** | | | | | | | | 44,396.97 |
| Total 3050 · MemberCapital-DR Bratton | | | | | | | | 44,396.97 |
| | | | | | | | | |
| **3100 · MemberCapital-LR Bratton** | | | | | | | | (2,121,187.28) |
| Total 3100 · MemberCapital-LR Bratton | | | | | | | | (2,121,187.28) |
| | | | | | | | | |
| **3150 · MemberCapital-LJ Bynum Trust** | | | | | | | | (28,415.00) |
| Total 3150 · MemberCapital-LJ Bynum Trust | | | | | | | | (28,415.00) |
| | | | | | | | | |
| **3175 · Member Capital-The BRC Trust** | | | | | | | | (175,387.06) |
| Total 3175 · Member Capital-The BRC Trust | | | | | | | | (175,387.06) |
| | | | | | | | | |
| **3200 · MemberCapital-SC Chrisman Trust** | | | | | | | | (1,105,406.08) |
| Total 3200 · MemberCapital-SC Chrisman Trust | | | | | | | | (1,105,406.08) |
| | | | | | | | | |
| **3225 · Member Capital-G&C Cox Family T** | | | | | | | | (180,862.01) |
| Total 3225 · Member Capital-G&C Cox Family T | | | | | | | | (180,862.01) |
| | | | | | | | | |
| **3250 · MemberCapital-JD Ferguson** | | | | | | | | 0.00 |
| Total 3250 · MemberCapital-JD Ferguson | | | | | | | | 0.00 |
| | | | | | | | | |
| **3300 · MemberCapital-Ferguson Trust** | | | | | | | | 0.00 |
| Total 3300 · MemberCapital-Ferguson Trust | | | | | | | | 0.00 |
| | | | | | | | | |
| **3350 · MemberCapital-JE Hall** | | | | | | | | 0.00 |
| Total 3350 · MemberCapital-JE Hall | | | | | | | | 0.00 |
| | | | | | | | | |
| **3375 · Member Cptl-HD LIghtenburger Tr** | | | | | | | | 0.00 |
| Total 3375 · Member Cptl-HD LIghtenburger Tr | | | | | | | | 0.00 |
| | | | | | | | | |
| **3380 · Member Cap-H D Lightenburger Tr** | | | | | | | | 1,993,044.94 |
| Total 3380 · Member Cap-H D Lightenburger Tr | | | | | | | | 1,993,044.94 |
| | | | | | | | | |
| **3400 · MemberCapital-H McIntosh** | | | | | | | | 0.00 |
| Total 3400 · MemberCapital-H McIntosh | | | | | | | | 0.00 |
| | | | | | | | | |
| **3450 · MemberCapital-C Petersen** | | | | | | | | (16,040.01) |
| Total 3450 · MemberCapital-C Petersen | | | | | | | | (16,040.01) |
| | | | | | | | | |
| **3500 · MemberCapital-HA Petersen** | | | | | | | | (10,551.01) |
| Total 3500 · MemberCapital-HA Petersen | | | | | | | | (10,551.01) |
| | | | | | | | | |
| **3550 · MemberCapital-SD Reynolds** | | | | | | | | 0.00 |
| Total 3550 · MemberCapital-SD Reynolds | | | | | | | | 0.00 |
| | | | | | | | | |
| **3600 · MemberCapital-SM Trippe Trust** | | | | | | | | 0.00 |
| Total 3600 · MemberCapital-SM Trippe Trust | | | | | | | | 0.00 |
| | | | | | | | | |
| **3650 · MemberCapital-JW Stokes** | | | | | | | | 0.00 |
| Total 3650 · MemberCapital-JW Stokes | | | | | | | | 0.00 |

9:13 AM

11/08/24

Accrual Basis

**Gunnison Valley Properties, LLC**
**Balance Sheet Detail**
As of October 31, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **3700 · MemberCapital-VM Wedell Trust** | | | | | | | | 0.00 |
| Total 3700 · MemberCapital-VM Wedell Trust | | | | | | | | 0.00 |
| **3750 · MemberCapital-TWO, LLC** | | | | | | | | 0.00 |
| Total 3750 · MemberCapital-TWO, LLC | | | | | | | | 0.00 |
| **3800 · MemberCapital-P Varra** | | | | | | | | 0.00 |
| Total 3800 · MemberCapital-P Varra | | | | | | | | 0.00 |
| **3801 · Member Capital-Estate/ P Varra** | | | | | | | | (189,902.99) |
| Total 3801 · Member Capital-Estate/ P Varra | | | | | | | | (189,902.99) |
| **3850 · MemberCapital-J Varra** | | | | | | | | 0.00 |
| Total 3850 · MemberCapital-J Varra | | | | | | | | 0.00 |
| **3900 · MemberCapital-H Wedell** | | | | | | | | 0.00 |
| Total 3900 · MemberCapital-H Wedell | | | | | | | | 0.00 |
| **3950 · MemberCapital-MB Woolf** | | | | | | | | (73,970.00) |
| Total 3950 · MemberCapital-MB Woolf | | | | | | | | (73,970.00) |
| **3999 · Retained Earnings** | | | | | | | | (2,162,391.14) |
| Total 3999 · Retained Earnings | | | | | | | | (2,162,391.14) |
| **Net Income** | | | | | | | | (2,859,795.91) |
| Total Net Income | | | | | | | (151,417.46) | (3,011,213.37) |
| Total Equity | | | | | | | (151,417.46) | (7,037,884.04) |
| **TOTAL LIABILITIES & EQUITY** | | | | | | | **33,932.02** | **23,521,871.21** |

8:32 AM

11/08/24

Accrual Basis

**Gunnison Valley Properties, LLC**
**Profit & Loss Detail**
**October 2024**

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **4100 · Rental Income** | | | | | | | | |
| Deposit | 10/02/24 | | I-Bar Ranch, Inc. | October 2024 | | 1022 · Cash In ... | 2,000.00 | 2,000.00 |
| Total 4100 · Rental Income | | | | | | | 2,000.00 | 2,000.00 |
| Total Income | | | | | | | 2,000.00 | 2,000.00 |
| Gross Profit | | | | | | | 2,000.00 | 2,000.00 |
| **Expense** | | | | | | | | |
| **6020 · Accounting** | | | | | | | | |
| Bill | 10/31/24 | | Chrisman Commerci... | Oct accountin... | | 20000 · *Acco... | 3,000.00 | 3,000.00 |
| Total 6020 · Accounting | | | | | | | 3,000.00 | 3,000.00 |
| **6080 · Bank Charges** | | | | | | | | |
| Bill | 10/05/24 | | Gunnison Bank & Tr... | Late fee | | 20000 · *Acco... | 583.29 | 583.29 |
| Check | 10/15/24 | EFT | BOK Financial | Account Anal... | | 1022 · Cash In ... | 31.93 | 615.22 |
| Check | 10/31/24 | DEBIT | BMO Bank N.A. | Paper Statem... | | 1032 · Cash in ... | 3.00 | 618.22 |
| Total 6080 · Bank Charges | | | | | | | 618.22 | 618.22 |
| **6240 · Interest Expense** | | | | | | | | |
| Bill | 10/09/24 | | BMC Properties LLC | Oct 2024 inter... | | 20000 · *Acco... | 57,126.51 | 57,126.51 |
| Bill | 10/10/24 | | Isabelle Estates, Inc. | Oct 2024 inter... | | 20000 · *Acco... | 60,337.95 | 117,464.46 |
| Bill | 10/29/24 | | Sara L Bradbury | 10/29/24 inter... | | 20000 · *Acco... | 4,750.00 | 122,214.46 |
| Bill | 10/31/24 | | The Byron R. Chris... | Oct 2024 inter... | | 20000 · *Acco... | 8,156.21 | 130,370.67 |
| Total 6240 · Interest Expense | | | | | | | 130,370.67 | 130,370.67 |
| **6440 · Miscellaneous Expense** | | | | | | | | |
| Check | 10/01/24 | 5004 | Armada Logistics | Tomichi expe... | | 1032 · Cash in ... | 1,596.85 | 1,596.85 |
| Check | 10/02/24 | TRAN... | Tomichi Materials, L... | Return unuse... | | 1032 · Cash in ... | 18,449.90 | 20,046.75 |
| Total 6440 · Miscellaneous Expense | | | | | | | 20,046.75 | 20,046.75 |
| **6465 · Rent Expense** | | | | | | | | |
| Bill | 10/01/24 | | Hoskin Farina & Ka... | October rent | | 20000 · *Acco... | 728.67 | 728.67 |
| Total 6465 · Rent Expense | | | | | | | 728.67 | 728.67 |
| Total Expense | | | | | | | 154,764.31 | 154,764.31 |
| Net Ordinary Income | | | | | | | (152,764.31) | (152,764.31) |
| **Other Income/Expense** | | | | | | | | |
| **Other Income** | | | | | | | | |
| **7050 · Miscellaneous Income** | | | | | | | | |
| Deposit | 10/02/24 | | Tomichi Materials, L... | Reimburseme... | | 1032 · Cash in ... | 1,596.85 | 1,596.85 |
| Total 7050 · Miscellaneous Income | | | | | | | 1,596.85 | 1,596.85 |
| Total Other Income | | | | | | | 1,596.85 | 1,596.85 |
| **Other Expense** | | | | | | | | |
| **6010 · Bankruptcy Court Expenses** | | | | | | | | |
| Bill | 10/03/24 | | Office of the U.S. Tr... | Quarter 3, 20... | | 20000 · *Acco... | 250.00 | 250.00 |
| Total 6010 · Bankruptcy Court Expenses | | | | | | | 250.00 | 250.00 |
| Total Other Expense | | | | | | | 250.00 | 250.00 |
| Net Other Income | | | | | | | 1,346.85 | 1,346.85 |
| **Net Income** | | | | | | | **(151,417.46)** | **(151,417.46)** |

**9:21 AM**

**11/08/24**

**Gunnison Valley Properties, LLC**

## A/R Aging Detail

### As of October 31, 2024

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| **Current** | | | | | | | | |
| Total Current | | | | | | | | |
| **1 - 30** | | | | | | | | |
| Invoice | 09/26/24 | 16 | | Tomichi Materials L... | Net 15 | 10/11/24 | 20 | 10,320.95 |
| Total 1 - 30 | | | | | | | | 10,320.95 |
| **31 - 60** | | | | | | | | |
| Total 31 - 60 | | | | | | | | |
| **61 - 90** | | | | | | | | |
| Invoice | 08/07/24 | 15 | | Tomichi Materials L... | Net 15 | 08/22/24 | 70 | 10,320.95 |
| Total 61 - 90 | | | | | | | | 10,320.95 |
| **> 90** | | | | | | | | |
| Invoice | 07/10/24 | 14 | | Tomichi Materials L... | Net 15 | 07/25/24 | 98 | 3,104.75 |
| Total > 90 | | | | | | | | 3,104.75 |
| **TOTAL** | | | | | | | | **23,746.65** |

**GUNNISON VALLEY PROPERTIES, LLC (GVP)**
**PAYABLES AS OF 10/31/24**

| RECURRING MONTHLY PAYMENTS | AUG BILLS 2024-POST | SEP 2024 BILLS- POST | OCT 2024 BILLS- POST | INVOICE#/ACCT# |
|---|---|---|---|---|
| Chrisman, The Byron R., LOC loan advance to GVP | 50,000.00 | 40,000.00 | | N/A |
| Chrisman Commercial monthly accounting fee | 3,000.00 | | 3,000.00 | N/A |
| FiveFour Company monthly billing | | 26,546.53 | 25,151.20 | 24-10.1 ($25,000) 24-10.2 ($1,546.53) 24.11.1 ($25,000) 24.11.2 ($151.20) |
| Hoskin Farina & Kampf PC monthly rent | | | 728.67 | |
| Tomichi Materials, LLC loan advance to GVP | | | 50,000.00 | |

| INVOICES RECEIVED - RANCH MAINTENANCE, MISC. | | | | |
|---|---|---|---|---|
| Chrisman Commercial - reimbursement for paying Aug 2024 Dean Roger's credit card charges for Ranch house maintenance | | 272.24 | | N/A |
| Hyperwipe LLC - Ranch house housecleaning | | | 8 | |
| Petersen, Charles A. - appraisal of GVP 5.14 acre site | | | 1,500.00 | |
| State of Colorado Dept of Public Health - Gunnison Rising Annual Permit Fee | | 350.00 | | 2550 |
| State of Colorado Dept of Public Health - Gunnison Rising Annual Permit Fee Phase I Electric Line | | 350.00 | | 3748 |
| Taylor Fence (Jurgens, Inc.) - Sep 2024 construction site fence rental fee | | 60.42 | | 2952 |
| Valerie Lynn Morris dba Tintero Creative - Sept 2024 Marketing and social media advertisement of Gunnison Rising project | | 695.00 | | 3227 |
| **TOTALS** | **53,000.00** | **68,274.19** | **80,379.87** | |
| | | | | |
| **COMBINED TOTALS** | | **121,274.19** | **201,654.06** | |

| AUG amended MOR POST PAYABLES | SEP MOR POST PAYABLES |
|---|---|
| 53,110.00 | 93,372.00 |

**BMO**

```
                                        BMO BANK N.A.                        40510
                                        P.O.  BOX 94033
                                        PALATINE,  IL  60094-4033
```

**ACCOUNT  NUMBER:** ████**7510**

```
                                                  Statement Period
                                          10/01/24  TO  10/31/24
                01   04299                        IM0099002900000000

             GUNNISON VALLEY PROPERTIES LLC        PAGE      1 OF      1
             864 W SOUTH BOULDER RD
             #200
    0        LOUISVILLE CO  80027-2410


0000
```

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC. EQUAL HOUSING
LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMO.COM.

---

# CHECKING ACCOUNTS

---

**BMO PREMIUM BUSINESS CKG**                    **GUNNISON VALLEY PROPERTIES LLC**
**ACCOUNT NUMBER** ████**7510**   **(Checking)**

---

DEPOSIT ACCOUNT SUMMARY

| | | |
|---|---|---:|
| **Previous  Balance as of September 30, 2024** | | **23,670.95** |
| 1 Deposits | (Plus) | 1,596.85 |
| 2 Withdrawals | (Minus) | 20,046.75 |
| Service Charge | (Minus) | 3.00 |
| **Ending Balance as of     October   31, 2024** | | **5,218.05** |

Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| Oct 02 | 1,596.85 | PC TRANSFER CREDIT |

Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| Oct 02 | 18,449.90 | PC TRANSFER DEBIT |
| Oct 31 | 3.00 | PAPER STMT FEE |

Checks by Serial Number

| Date | Serial # | Amount |
|---|---|---|
| Oct 01 | 5004 | 1,596.85 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Sep 30 | 23,670.95 | Oct 02 | 5,221.05 |
| Oct 01 | 22,074.10 | Oct 31 | 5,218.05 |

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Credit Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO, P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1.  Tell us your name, account number, and Card number (if applicable).
2.  Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

| **TO RECONCILE YOUR CHECKING ACCOUNT** | ① OUTSTANDING TRANSACTIONS | | | RECONCILEMENT | | |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | |
| 1  List and Total all outstanding checks including those still outstanding from previous statements. | | | | ② | | |
| | | | | ③ | | |
| 2  Enter the "Ending Balance" shown on this statement. | | | | | | |
| 3  Add deposits and other credits not shown on this statement. | | | | | | |
| 4  Total | | | | | | |
| 5  Subtract the total of outstanding checks as determined in Step 1 above. | | | | | | |
| 6  This figure should be your checkbook balance. If it does not agree, review the above steps and if necessary, review your checkbook entries. | | | | | | |
| | | | | | | |
| | | | | ④ | | |
| Date:  09/2023 | | | | ⑤ | | |
| | | | | ⑥ | | |

G3BACK 2023/09



# BOK FINANCIAL

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192
Member FDIC

PRIMARY ACCOUNT
█2918

Statement Period:
10-01-24 to 10-31-24

Direct Inquiries To:
Comm'l Client Svcs
303-863-4457

**www.bokfinancial.com**

0007855 T092521101240159590 00000 01 000000000 00063131 002 COLB71

GUNNISON VALLEY PROPERTIES LLC
DEBTOR IN POSSESSION CASE #24-15052
US BANKRUPTCY COURT DISTRICT OF COLORADO
C/O CHRISMAN COMMERCIAL LLC
864 W SOUTH BOULDER RD STE 200
LOUISVILLE CO  80027

3 Images Provided Page 1 of 4

## BANKRUPTCY CHECKING

ACCOUNT: █2918



### Statement Period from 10-01-24 through 10-31-24

| | | |
|---|---|---:|
| $ | Starting Balance | 2,766.78 |
| + | 1  Deposits | 50,000.00 |
| - | 3  Checks & Withdrawals | 972.20 |
| - | Service Fees | .00 |
| = | Ending Balance | 51,794.58 |



## DEPOSITS

| Date | | Amount |
|---|---|---:|
| 10-16 | INCOMING FED WIRE CR | 50,000.00 |
| | 002239 | |
| | TOMICHI MATERIALS LLC | |
| | █0288BMO BANK N.A. | |

## CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 10-29 | 3452 | 281.28 | 10-24 | 3454 | 470.92 |
| 10-25 | 3453 | 220.00 | | | |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192
Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.**

**A. Enter deposits not shown on this statement.**

**B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.**

**C. Follow instructions below to compare transactions recorded on your statement with those in your account register.**

| Date of Deposit | Amount | | Outstanding Item | Amount | |
|---|---|---|---|---|---|
| | | | | | **New Balance**<br>**Shown on other side** |
| | | | | | **Plus (+)**<br>**Total A** |
| | | | | | **Equals (=)** |
| | | | | | **Minus (-)**<br>**Total B** |
| **Total A** | | | **Total B** | | **Equals (=)**<br>**Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*BOK Financial*
*Attn: Customer Service*
*P.O. Box 2300*
*Tulsa, OK 74192*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BOK FINANCIAL

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192
Member FDIC

PRIMARY ACCOUNT
█2918

Statement Period:
10-01-24 to 10-31-24

GUNNISON VALLEY PROPERTIES LLC
DEBTOR IN POSSESSION CASE #24-15052
US BANKRUPTCY COURT DISTRICT OF COLORADO
C/O CHRISMAN COMMERCIAL LLC
864 W SOUTH BOULDER RD STE 200
LOUISVILLE CO  80027

Direct Inquiries To:
Comm'l Client Svcs
303-863-4457

**www.bokfinancial.com**

3 Images Provided Page 3 of 4

---

 DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09-30 | 2,766.78 | 10-24 | 52,295.86 | 10-29 | 51,794.58 |
| 10-16 | 52,766.78 | 10-25 | 52,075.86 | | |

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 28,374.80 | AVG COLLECTED BAL | 28,374.80 |
|--------------------|-----------|-------------------|-----------|
| MINIMUM LEDGER BAL | 2,766.78 | | |



# BOK FINANCIAL

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192
Member FDIC

Statement Period:
10-01-24 to 10-31-24

Direct Inquiries To:
Comm'l Client Svcs
303-863-4457

GUNNISON VALLEY PROPERTIES LLC
DEBTOR IN POSSESSION CASE #24-15052

Page 4 of 4

---

## BANKRUPTCY CHECKING - ████2918



3452   $281.28



3453   $220.00



3454   $470.92



# BOK FINANCIAL

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192
Member FDIC

**PRIMARY ACCOUNT**
■0411

Statement Period:
10-01-24 to 10-31-24

Direct Inquiries To:
Comm'l Client Svcs
303-863-4457

**www.bokfinancial.com**

0007856  T0925211012401595900 00000 01 000000000 00063132 002 COLB71

GUNNISON VALLEY PROPERTIES LLC
DEBTOR IN POSSESSION CASE #24-15052
US BANKRUPTCY COURT DISTRCT OF COLORADO
C/O CHRISMAN COMMERCIAL LLC
864 W SOUTH BOULDER RD STE 200
LOUISVILLE CO  80027

Page 1 of 3

## BANKRUPTCY CHECKING

ACCOUNT: ■0411

Statement Period from 10-01-24 through 10-31-24

| | | |
|---|---|---:|
| $ | Starting Balance | 3,313.93 |
| + | 1   Deposits | 2,000.00 |
| - | 1   Checks & Withdrawals | 31.93 |
| - | Service Fees | .00 |
| = | Ending Balance | 5,282.00 |

### ➕ DEPOSITS

| Date | | Amount |
|---|---|---:|
| 10-02 | INCOMING FED WIRE CR | 2,000.00 |
| | 001096 | |
| | I BAR, INC. | |
| | ■0248WELLS FARGO SF | |
| | I BAR RANCH RENT | |

### ➖ WITHDRAWALS

| Date | | | Amount |
|---|---|---|---:|
| 10-15 | BOK FINANCIAL | ANALYSIS   1 | 31.93 |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change
in mailing address to avoid delays in delivery. Please call the number listed on
the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges
including those in this statement.**

**A. Enter deposits not shown on this
statement.**

**B. Enter all checks, withdrawals and
bank charges not shown on this or any
prior statement.**

**C. Follow instructions below to compare
transactions recorded on your statement
with those in your account register.**

| Date of Deposit | Amount | | Outstanding Item | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total A** | | | **Total B** | |

**New Balance
Shown on other side**

**Plus (+)
Total A**

**Equals (=)**

**Minus (-)
Total B**

**Equals (=)
Your current register balance**

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers
Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no
later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your
statement after the words "Direct Inquiries To" or write us at:

*BOK Financial
Attn: Customer Service
P.O. Box 2300
Tulsa, OK 74192*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however,
we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will
credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00007856-0013461-0002-0003-T092521101240159590O-01-L

 **BOK FINANCIAL**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192
Member FDIC

PRIMARY ACCOUNT
■0411

Statement Period:
10-01-24 to 10-31-24

GUNNISON VALLEY PROPERTIES LLC
DEBTOR IN POSSESSION CASE #24-15052
US BANKRUPTCY COURT DISTRCT OF COLORADO
C/O CHRISMAN COMMERCIAL LLC
864 W SOUTH BOULDER RD STE 200
LOUISVILLE CO  80027

Direct Inquiries To:
Comm'l Client Svcs
303-863-4457

**www.bokfinancial.com**

Page 3 of 3

 CHECKS                    (* Indicates a break in check number sequence)
                                   (RTND Indicates a RETURNED CHECK)

    *** No Checks ***

 DAILY ACCOUNT BALANCE

| Date  | Balance  | Date  | Balance  | Date  | Balance  |
|-------|----------|-------|----------|-------|----------|
| 09-30 | 3,313.93 | 10-02 | 5,313.93 | 10-15 | 5,282.00 |

### ACCOUNT/INTEREST INFORMATION

| INTEREST PAID THIS YEAR | 1.48 | FED TAX W/HELD THIS YR | .00 |
|---|---|---|---|

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE  | 5,231.90 | AVG COLLECTED BAL | 5,231.90 |
|---------------------|----------|-------------------|----------|
| MINIMUM LEDGER BAL  | 3,313.93 |                   |          |



00007856-0013462-0000-0003-T0925211012401595900-01-L