# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| GUNNISON VALLEY PROPERTIES, LLC | ) Case No. 24-15052-JGR |
| EIN: 45-3189891 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO ASSUME THE AMENDED SUBDIVISION IMPROVEMENTS AND MANAGEMENT AGREEMENT, AS AMENDED BY THE THIRD AMENDMENT, WITH THE CITY OF GUNNISON, SUBJECT TO GUNNISON CITY COUNCIL APPROVAL

### OBJECTION DEADLINE: DECEMBER 6, 2024

YOU ARE HEREBY NOTIFIED that Gunnison Valley Properties, LLC ("Debtor") filed a Motion for Entry of Order Authorizing Debtor to Assume the Amended Subdivision Improvements and Management Agreement, as Amended by the Third Amendment, With the City of Gunnison, Subject to Gunnison City Council Approval (the "Motion") with the Bankruptcy Court. Pursuant to the Motion, Debtor seeks authority to assume a Subdivision Improvements and Management Agreement ("SIA"), as amended by a Third Amendment, with the City of Gunnison (the "City"), subject to subsequent approval by the City council.

Debtor owns Gunnison Rising, a 600 acre, fully-entitled, multi-phased, mixed-use development approved for 1,700 residential units, more than 350,000 sf of retail, 350,000 sf of industrial space, plus acreage for commercial space and an RV park, all adjacent to Western Colorado University (the "Project") in Gunnison, Colorado. The Project is Debtor's most significant asset and represents many years of work to assemble the real estate, work with key stakeholders, including the City to create the conceptual vision for the Project, obtain the necessary approvals, including annexation into the City, perform the necessary design and engineering, and construct infrastructure in the short excavation season in Gunnison.

Debtor has received the necessary entitlements for the Project, including annexation by the City that includes approved zoning. As a multi-phase development, the Project is intended to be completed in discrete portions over time. Prior to the bankruptcy case, Debtor completed a portion of the commercial/flex zoned development (the eastern-most portion of the Project south of Highway 50 called the "Government Campus") and sold lots to a builder who built and sold facilities to FEDEX and the Bureau of Land Management, which are now operating from their parcels.

Along with annexation, Debtor entered into a Subdivision Improvements and Maintenance Agreement (as such agreement has been or will be amended, the "SIA") for the Government Campus that identifies the infrastructure, such as utilities and rights of way that will be made public

(the "Improvements"), which Debtor is obligated to complete. Debtor has completed the majority of the Improvements for the Government Campus but estimates that the cost to complete the remaining Improvements is between approximately $800,000 and $1 million. Debtor and the City executed the SIA on or around May 6, 2021. The SIA initially provided that Debtor was to complete the Improvements on or before October 31, 2022. The SIA has been amended twice to, among other things, extend the deadline for Debtor to complete the Improvements. The current deadline for Debtor to complete the Improvements is August 31, 2024. The SIA, along with all executed amendments, is attached to the Motion.

In the Motion, Debtor seeks authority to assume the SIA, as amended by a proposed Third Amendment (the "Third Amendment"), which will, among other things, extend the deadline for Debtor to complete the Improvements through August 31, 2025. The Third Amendment is subject to subsequent approval by the City council. Debtor seeks approval of the assumption and the Third Amendment out of an abundance of caution to ensure that the City and any potential subsequent purchasers of portions of the Government Campus have confidence the Third Amendment was properly entered into light of this bankruptcy case. No cure amount is owed.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: November 22, 2024                    Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Gabrielle G. Palmer*
   Andrew D. Johnson, #36879
   Joli A. Lofstedt, #21946
   Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7059
ajohnson@OFJlaw.com
joli@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Gunnison Valley Properties, LLC*

## CERTIFICATE OF SERVICE

      I certify that on November 22, 2024, I served a copy of the foregoing to the following parties and all parties requesting electronic notice through the court's CM/ECF system, and by US mail, postage prepaid, and courtesy email, as indicated, pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

      Attorney Ryan Blansett; via CM/ECF
      Attorney Peter A. Cal; via CM/ECF
      Attorney Connor L. Cantrell; via CM/ECF
      Attorney Robert Lantz; via CM/ECF
      Attorney Paul Moss; via CM/ECF
      Attorney David M. Rich; via CM/ECF
      Attorney David Wadsworth; via CM/ECF
      Attorney John F. Young; via CM/ECF

By US mail to:

| | |
|---|---|
| Amanda Wilson | City's attorney |
| City Manager | Kathleen L. Fogo, P.C. |
| City of Gunnison | P.O. Box 7200 |
| P.O. Box 239 | 114 N. Boulevard St Ste 204 |
| 201 W. Virginia Ave. Gunnison, CO 81230 | Gunnison, CO 81230 |

                                                            *s/ Barbara A. Moss*