# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>GUNNISON VALLEY PROPERTIES, LLC,<br>EIN: 45-3189891<br><br>          Debtor. | Case No. 24-15052-JGR<br>Chapter 11 |

## ORDER GRANTING APPLICATION TO EMPLOY
## THK ASSOCIATES INC. AS APPRAISER

THIS MATTER having come before the Court on the Application to Employ THK Associates Inc. as Appraiser (the "Application")[1] filed by Gunnison Valley Properties, LLC ("Debtor"), and the Court, having reviewed the Application and being fully advised in the premises, hereby

FINDS that based on the Application and the materials attached thereto, THK Associates Inc. neither holds nor represents any interest adverse to Debtor's estate and that its employment is necessary and in the best interests of the estate.

IT IS THEREFORE ORDERED that:

1.      Debtor is authorized to employ THK Associates Inc. to update the 2023 Valuation (as defined in the Application) to provide a current "as-is" market value for the Project (as defined in the Application) on the terms described more fully in the Application; and

2.      No fees or expenses shall be paid to THK Associates Inc. except in accordance with the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and orders entered in this case.

Dated:  December 2   , 2024

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge

---

[1] All terms not otherwise defined herein shall have the meaning set forth in the Application.