## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GUNNISON VALLEY PROPERTIES, LLC | ) | Case No. 24-15052-JGR |
| EIN: 45-3189891 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO ASSUME DEVELOPMENT MANAGEMENT AGREEMENT WITH FIVEFOUR COMPANY, LLC

Gunnison Valley Properties, LLC ("Debtor"), through its counsel, files this Notice of Withdrawal of Motion for Entry of Order Authorizing Debtor to Assume Development Management Agreement with FiveFour Company, LLC (this "Motion"). In support hereof, Debtor states as follows:

1. On October 18, 2024, Debtor filed its Motion for Entry of Order Authorizing Debtor to Assume Development Management Agreement with FiveFour Company LLC (the "Motion"). [Docket No. 66]

2. Debtor hereby withdraws the Motion.

Dated: December 6, 2024　　　　　　　　Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Joli A. Lofstedt*
　　Andrew D. Johnson, #36879
　　Joli A. Lofstedt, #21946
　　Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7059
ajohnson@OFJlaw.com
joli@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Gunnison Valley Properties, LLC*

## CERTIFICATE OF SERVICE

      I certify that on December 6, 2024, I served a copy of the foregoing to the following parties and all parties requesting electronic notice through the court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

Attorney Ryan Blansett: via CM/ECF
Attorney Chad S. Caby: via CM/ECF
Attorney Peter A. Cal: via CM/ECF
Attorney Connor L. Cantrell: via CM/ECF
Attorney Robert Lantz: via CM/ECF
Attorney Daniel Lowenberg: via CM/ECF
Attorney Paul Moss: via CM/ECF
Attorney David M. Rich; via CM/ECF
Attorney David Wadsworth: via CM/ECF
Attorney John F. Young: via CM/ECF

                                                    *s/ Barbara A. Moss*