UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-15052-JGR |
| GUNNISON VALLEY PROPERTIES, LLC, ) | |
| EIN: 45-3189891 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO ASSUME THE AMENDED SUBDIVISION IMPROVEMENTS, AND MANAGEMENT AGREEMENT WITH THE CITY OF GUNNISON, AS AMENDED BY THE THIRD AMENDMENT, SUBJECT TO GUNNISON CITY COUNCIL APPROVAL**

On November 22, 2024, Gunnison Valley Properties, LLC ("Debtor"), through its counsel, ONSAGER | FLETCHER | JOHNSON | PALMER LLC filed a Motion for Entry of Order Authorizing Debtor to Assume the Amended Subdivision Improvements, and Management Agreement with the City of Gunnison, as Amended By the Third Amendment, Subject to Gunnison City Council Approval (the "Motion") [Docket No. 110]. Debtor hereby certifies that the following is true and correct:

1. Service of the Motion, notice, and proposed order was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed. R. Bankr. P. and L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Court on November 22, 2024.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Court on November 22, 2024.

3. The docket numbers for each of the following relevant documents are:

   a. the Motion and all documents attached thereto and served therewith (Docket No. 110);
   b. the notice of the Motion (Docket No. 111);
   c. the certificate of service of the Motion and the notice (Docket No. 110-111); and
   d. the proposed order (Docket No. 110-3).

4. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the

notice.

      WHEREFORE, Debtor prays that the Court enter an order, a form which was filed with the Motion, granting the requested relief.

Dated: December 9, 2024.          Respectfully submitted,

                                            **ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

                                            *s/ Andrew D. Johnson*
                                            Gabrielle G. Palmer, #48948
                                            Joli A. Lofstedt, #21946
                                            Andrew D. Johnson, #36879
                                            600 17th Street, Suite 425N
                                            Denver, Colorado 80202
                                            Ph: (720) 457-7061
                                            gpalmer@OFJlaw.com
                                            joli@OFJlaw.com
                                            ajohnson@OFJaw.com

                                            *Counsel for Debtor*