UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>GUNNISON VALLEY PROPERTIES, LLC<br>EIN: 45-3189891<br><br>        Debtor. | Case No. 24-15052-JGR<br>Chapter 11 |

**ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO ASSUME THE AMENDED SUBDIVISION IMPROVEMENTS, AND MANAGEMENT AGREEMENT WITH THE CITY OF GUNNISON, AS AMENDED BY THE THIRD AMENDMENT, SUBJECT TO GUNNISON CITY COUNCIL APPROVAL**

THIS MATTER having come before the Court on the Motion for Entry of Order Authorizing Debtor to Assume the Amended Subdivision Improvements and Management Agreement, as Amended by the Third Amendment, With the City of Gunnison, Subject to Gunnison City Council Approval (the "Motion") filed by Gunnison Valley Properties, LLC ("Debtor") and the Court, having reviewed the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that Debtor is authorized to assume the Subdivision Improvements and Management Agreement With the City of Gunnison, as Amended by the Third Amendment[1], effective as of the date of the filing of the Motion, and subject to approval by the Gunnison City Council following the entry of this Order; and

FURTHER ORDERS that no later than 7 days following the Gunnison City Council's decision on the Third Amendment, Debtor shall file a notice with the Court indicating the city council's decision.

Dated:     December 10, 2024          BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge

---

[1] As defined in the Motion.