**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

April 3, 2025

| In re: | Bankruptcy Case No. **24-15052-JGR** |
|---|---|
| **GUNNISON VALLEY PROPERTIES, LLC,** | Chapter 11 |
| Debtor. | |

**JUDGMENT**

This matter came before the Court on the Motion for Relief from Automatic Stay filed by DDC, LLC, d/b/a Dietrich Dirtworks and Construction, LLC, on March 4, 2025 (Doc. 152) and Objections thereto filed by the Debtor on March 25, 2025 (Doc. 173) and Biomedical Ventures, LLC (Docket No. 175). The issues have been tried, heard and/or considered, and a decision has been rendered. In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Motion for Relief from Automatic Stay filed by DDC, LLC, d/b/a Dietrich Dirtworks and Construction, LLC, on March 4, 2025 (Doc. 152) is hereby DENIED without prejudice.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
    S. Nicholls,
    Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
    Joseph G. Rosania, Jr.,
    U.S. Bankruptcy Judge